

**United States Department of State**

*Washington, D.C. 20520*

April 10, 2006

Re: Terrance Valore, et al., v. The Islamic
Republic of Iran, et al, Case no. 03-1959 (RCL)

Dear Ms. Mayer-Whittingham:

    I am writing regarding the Court's request for service of a summons, complaint and notice of suit pursuant to the Foreign Sovereign Immunities Act (FSIA), 28 U.S.C. 1608(a)(4), upon the Iranian Ministry of Information and Security as a defendant in the above mentioned lawsuit.

    Because the United States does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the U.S. Interests Section of the Embassy of Switzerland in Teheran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of a diplomatic note, number 1003-IE, dated February 13, 2006.

    While the Iranian Ministry of Foreign Affairs returned the service documents to the Embassy of Switzerland, 28 U.S.C. 1608(c)(1) provides that service shall be deemed effective as of the date of transmittal indicated in the certified copy of the diplomatic note. We see no reason that the return of these documents should invalidate the effectiveness of service under 28 U.S.C. 1608(a)(4).

    I am enclosing copies of the documents transmitted as well as certified copies of the diplomatic notes used to transmit them to the Iranian Ministry of Foreign Affairs. This includes the authenticated certification of the Head of the U.S. Interests Section at the Swiss Embassy in Teheran and the certification of the Vice Consul of the U.S. Embassy in Bern.

Ms. Nancy Mayer-Whittingham
    Clerk of the Court
        United States District Court
            For the District of Columbia
                333 Constitution Avenue, NW
                    Washington, DC 20001

**RECEIVED**

APR 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney Adviser
Office of Policy Review and Interagency Liaison

Enclosures As Stated

Cc:  Ms. Kathy James
Donohue Law Firm
18 West Street
Annapolis, MD 21401

Mr. Daniel W. Gaskill
30 Courthouse Square
Suite 300
Rockville, MD 20850