

**United States Department of State**

*Washington, D.C. 20520*

April 10, 2006

Re: Terrance Valore, et al., v. The Islamic
Republic of Iran, et al, Case no. 03-1959 (RCL)

Dear Ms. Mayer-Whittingham:

    I am writing regarding the Court's request for service of a summons, complaint and notice of suit pursuant to the Foreign Sovereign Immunities Act (FSIA), 28 U.S.C. 1608(a)(4), upon the Islamic Republic of Iran as a defendant in the above mentioned lawsuit.

    Because the United States does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the U.S. Interests Section of the Embassy of Switzerland in Teheran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of a diplomatic note, number 1004-IE, dated February 13, 2006.

    While the Iranian Ministry of Foreign Affairs returned the service documents to the Embassy of Switzerland, 28 U.S.C. 1608(c)(1) provides that service shall be deemed effective as of the date of transmittal indicated in the certified copy of the diplomatic note. We see no reason that the return of these documents should invalidate the effectiveness of service under 28 U.S.C. 1608(a)(4).

    I am enclosing copies of the documents transmitted as well as certified copies of the diplomatic notes used to transmit them to the Iranian Ministry of Foreign Affairs. This includes the authenticated certification of the Head of the U.S. Interests Section at the Swiss Embassy in Teheran and the certification of the Vice Consul of the U.S. Embassy in Bern.

Ms. Nancy Mayer-Whittingham
  Clerk of the Court
    United States District Court
      For the District of Columbia
        333 Constitution Avenue, NW
          Washington, DC 20001

**EXHIBIT A**

Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney Adviser
Office of Policy Review and Interagency Liaison

Enclosures As Stated

Cc:   Ms. Kathy James
      Donohue Law Firm
      18 West Street
      Annapolis, MD 21401

      Mr. Daniel W. Gaskill
      30 Courthouse Square
      Suite 300
      Rockville, MD 20850

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland        )
Bern, Canton of Bern                ) SS:
Embassy of the United States of America )


I, Scott E. HARTMANN, a consular officer at the Embassy of the United States at Bern, Switzerland, certify that this is a true copy of Embassy note number 15387 dated January 30, 2006, which was transmitted to the Swiss Ministry of Foreign Affairs on January 30, 2006 for further transmission to the American Interests Section of the Swiss Embassy in Tehran, Iran.


_____
(Signature of Consular Officer)


_____
Scott E. HARTMANN
(Typed name of Consular Officer)


Vice Consul of the United States of America
(Title of Consular Officer)


March 14, 2006
(Date)



*Embassy of the United States of America*
January 30, 2006

CONS NO. 15387

Federal Department of Foreign
 Affairs
Foreign Interests Service
Bundesgasse 32
3003 Bern


Subject: JUDICIAL ASSISTANCE: Summons, Complaint and Notice of Suit Pursuant to the Foreign Sovereign Immunities Act - Terrance Valore, et al. v. The Islamic Republic of Iran, et al.; Case No. 03-1959(DDC)


REF:      ----


The Department of State has requested the delivery of the enclosed Summons, Complaint and Notice of Suit to the Islamic Republic of Iran pursuant to the Foreign Sovereign Immunities Act in the matter of Terrance Valore, et al. v. The Islamic Republic of Iran, et al.; Case No. 03-1959 (DDC).

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the documents to the American Interests Section of the Swiss Embassy in Tehran.  The American Interests Section should transmit the Summons, Complaint and Notice of Suit to the Islamic Republic of Iran under cover of a diplomatic note utilizing the language provided in the enclosed instruction.

Transmittal should be done in a manner which enables the Embassy to confirm delivery.  The American Interests Section should execute the certification of the diplomatic note, which will be forwarded by the Department of State to the requesting court in the United States.

Enclosed is the appropriate part of a message the Embassy received from the Department of State as well as two sets of the Summons, Complaint and Notice of Suit for the Iranian Ministry of Foreign Affairs.

The Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the Summons, Complaint and Notice of Suit to the Iranian authorities.

SPP's speedy assistance is much appreciated.

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland      )
Bern, Canton of Bern              ) SS:
Embassy of the United States of America )

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Ruth EGGER
(Typed name of Official who executed the annexed document)

(Signature of Consular Officer)

Scott E. Hartmann
(Typed name of Consular Officer)

Vice Consul of the United States of America
(Title of Consular Officer)

March 14, 2006
(Date)



# EMBASSY OF SWITZERLAND

No. 1004-IE

The Embassy of Switzerland, Foreign Interests Section, in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Valore v. The Islamic Republic of Iran, et al., Case Number 03-1959 which is pending in the U.S. Federal District Court for the District of Columbia in which the Islamic Republic of Iran is a defendant. The Foreign Interests Section transmits a summons and complaint herewith. The U.S. Federal District Court has requested the transmittal of these documents. This note constitutes transmittal of these documents to the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608 (a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days for the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed summons and complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the summons and complaint, the Foreign Interests Section is enclosing a notice of suit prepared by the plaintiff, which summarize the nature of the cases and include references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1 – Summons, Complaint, Notice of Suit
2 – Translations

Tehran – February 13, 2006  (Bahman 24, 1384)

**Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran**



I, Ernst Hofstetter, Head of the Foreign Interests Section, Embassy of Switzerland, in Tehran, certify that this is a true copy of the Embassy of Switzerland, Foreign Interests Section diplomatic note number 1004-IE dated February 13, 2006, and delivered to the Ministry of Foreign Affairs of the Islamic Republic of Iran on February 13, 2006.

Ernst Hofstetter
Head of Foreign Interests Section

Tehran – February 13, 2006



### APOSTILLE
(Convention de la Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by    E. Hofstetter

3. acting in the capacity of officers

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. at Berne          6.    the 28 February 2006

7. by Ruth Egger
   functionary of the Swiss federal Chancellery

8. No ............0.2.0.3.2



Seal/stamp:                    10. Signature:

Swiss federal Chancellery

Ruth Egger

## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland )
Bern, Canton of Bern ) SS:
Embassy of the United States of America )

I certify that the annexed document bears the genuine seal of the Swiss Federal Department of Foreign Affairs.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
(Signature of Consular Officer)

Scott E. Hartmann
(Typed name of Consular Officer)

Vice Consul of the United States of America
(Title of Consular Officer)

March 14, 2006
(Date)



EIDGENÖSSISCHES DEPARTEMENT FÜR AUSWÄRTIGE ANGELEGENHEITEN

K.252.22 USA/IRAN 103-1

Das Eidgenössische Departement für auswärtige Angelegenheiten, bezieht sich auf die Note CONS No. 15387 vom 30. Januar 2006 betr. die Übermittlung von Gerichtsakten im Verfahren Valore Terrance gegen die Islamische Republik Iran und beehrt sich, der Botschaft der Vereinigten Staaten von Amerika in der Beilage folgende Unterlagen zuzustellen, die es vom Dienst für amerikanische Interessen der Schweizerischen Botschaft in Teheran zurückerhalten hat:

- **Gerichtsakten: Judicial Assistance: Summons, Complaint and Notice of Suit Pursuant to the Foreign Sovereign Immunities Act – Terrance Valore, et al v. Islamic Republic of Iran, et al., Case No. 03-1959 (DDC)**

- **Note Nr. 1004-IE vom 13. Februar 2006 mit "Proof of Service" vom gleichen Tag, sowie die Beglaubigung der Unterschrift durch die Schweizerische Bundeskanzlei datiert vom 28. Februar 2006.**

Der genannte Dienst hat die oben erwähnten Gerichtsakten samt seiner Note Nr. 1004-IE mit Bestätigung des 'proof of service', resp. 'the evidence of delivery', **ohne Kommentar seitens des iranischen Aussenministeriums am 13. Februar zurückerhalten.**

Das Departement benützt auch diesen Anlass, um die Botschaft seiner ausgezeichneten Hochachtung zu versichern.

Bern, den 28. Februar 2006



An die Botschaft der
Vereinigten Staaten von Amerika

Informal Embassy translation from the German of SPP Note
No. 23426 dated February 28, 2006:

"The Federal Department of Foreign Affairs, referring to Embassy's note No. 15387 of January 30, 2006 concerning the transmission of the court documents in the case of Terrance Valore v. the Islamic Republic of Iran, has the honor to submit to the Embassy of the Untied States of America the following enclosures received from the American Interests Section of the Swiss Embassy in Tehran.

- 1 set of Court documents: Judicial Assistance: Service of Process Pursuant to the Foreign Sovereign Immunities Act (FSIA) – Case of Terrance Valore, et al v. Islamic Republic of Iran, et al. Case No. 03-1959(DDC)
- Note No. 1004-IE dated February 13, 2006 with 'Proof of service' of the same date furnished with the authentication of signature made by the Swiss Federal Chancellery dated February 28, 2006

The Interests Section received back the above mentioned court documents and its note No. 1004-IE with the 'Proof of service' and 'the evidence of delivery', respectively, on February 13 from the Iranian Ministry of Foreign Affairs with no comments.

Complimentary close.

Bern, February 28, 2006

Enclosures as stated

No. 1004-IE

The Embassy of Switzerland, Foreign Interests Section, in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Valore v. The Islamic Republic of Iran, et al., Case Number 03-1959 which is pending in the U.S. Federal District Court for the District of Columbia in which the Islamic Republic of Iran is a defendant. The Foreign Interests Section transmits a summons and complaint herewith. The U.S. Federal District Court has requested the transmittal of these documents. This note constitutes transmittal of these documents to the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608 (a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days for the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed summons and complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the summons and complaint, the Foreign Interests Section is enclosing a notice of suit prepared by the plaintiff, which summarize the nature of the cases and include references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1 – Summons, Complaint, Notice of Suit
2 – Translations

Tehran – February 13, 2006 (Bahman 24, 1384)

**Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran**

ترجمه غیر رسمی

سفارت سوئیس

شماره -IE ۱۰۰۴

سفارت سوئیس ، قسمت حافظ منافع خارجی ، در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراماً" توجه آن وزارت محترم را به دعوی حقوقی اقامه شده تحت عنوان والور و افراد دیگر علیه جمهوری اسلامی ایران و افراد دیگر که تحت پرونده شماره ۰۳-۱۹۵۹ در دادگاه بخش فدرال ایالات متحده آمریکا برای بخش کلمبیا مفتوح میباشد جلب مینماید . جمهوری اسلامی ایران طرف خوانده در این پرونده میباشد . قسمت حافظ منافع خارجی بنا به درخواست دادگاه بخش فدرال ایالات متحده بدینوسیله یک فقره احضاریه و شکواییه را ایفاد میدارد . برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف) (٤) مجموعه قوانین ایالات متحده ، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی میگردد .

طبق قوانین مربوطه ایالات متحده آمریکا ، در دعاوی حقوقی طرف خوانده باید ظرف شصت روز از تاریخ ابلاغ احضاریه و شکواییه (که در این مورد تاریخ این یادداشت میباشد) جوابیه و یا اظهاریه دیگری در پاسخ آن تسلیم دارد ، در غیر اینصورت امکان دارد بدون آنکه فرصت ارائه مدارک و یا دفاعیه از طرف خود را یافته باشد حکم نهایی علیه وی صادر گردد . علیهذا این قسمت خواهشمند است احضاریه و شکواییه پیوست را جهت هرگونه اقدام لازم به منظور جلوگیری از صدور حکم غیابی ، به مقام ذی ربط دولت جمهوری اسلامی ایران ارسال دارند .

این قسمت علاوه بر احضاریه و شکواییه فوق الاشعار یک فقره اعلامیه دادخواهی تهیه شده توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی را به پیوست ایفاد میدارد .

بدینوسیله اشعار میدارد که طبق قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضایی و یا دفاع دیگری از جمله عنوان نمودن مصونیت مبنی بر حاکمیت بایستی خطاب به دادگاهی صورت گیرد که موضوع در آن مفتوح میباشد و از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه میگردد . در غیر اینصورت سیر کار پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه وجود داشته باشد ادامه پیدا خواهد کرد . وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو با مشاور حقوقی در مورد قوانین مربوطه میباشد . دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود .

سفارت سوئیس ، قسمت حافظ منافع خارجی ، موقع را مغتنم شمرده احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید مینماید .

تهران ، بتاریخ بیست چهارم بهمن ماه ۱۳۸٤ (۱۳ فوریه ۲۰۰۶ )

پیوست : ۱- احضاریه ، شکواییه ، اخطار احضاریه
۲- ترجمه ها

وزارت امور خارجه جمهوری اسلامی ایران
تهران