UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERANCE VALORE,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action 03-1959 (RCL) |
| ) | |
| ) | |
| **ISLAMIC REPUBLIC OF IRAN,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

In accordance with the Memorandum Opinion issued this date, it is hereby

ORDERED that judgment is entered on behalf of plaintiffs as to all issues of liability against the defendants Islamic Republic of Iran and the Iranian Ministry of Information and Security, and that defendants are jointly and severally liable for tortious conduct arising out of and relating to the October 23, 1983 attack on the U.S. Marine barracks in Beirut, Lebanon; it is further

ORDERED that all claims for damages for each individual plaintiff in the above-captioned matter be submitted to Special Masters appointed by this Court; and it is further

ORDERED that, following receipt by this Court of the reports from the Special Masters, and in consideration of the findings and evidence presented in those proceedings, this Court will enter judgment as to each claim for compensatory damages.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 27, 2007.