## GLENN YARBER
### Based on Military Career
#### TABLE M-1 of M-7
#### SUMMARY KEY FACTS AND ASSUMPTIONS

| | | |
|---|---|---|
| Date of Birth | 2/1/45 | |
| Date of Death | 10/23/83 | |
| Age at Death | 36 | |
| Life Expectancy | 37.3 | |
| Expected Lifetime | 73.3 | 2018.5 |
| Race | Caucasian | |
| Gender | Male | |
| Enlisted | 5/7/82 | |
| Enlisted Until | 10/23/83 | |
| Expected Civilian Retirement | 66 | 2011 |
| Expected Military Retirement | | |
| Pre-Mil. Work | Sash/door maker | |
| High School | Yes | |
| College | N/A | |
| Aspirations | Military Career/NASA | |
| MOS # | | |
| Rank Title | CDR | |
| Grade | E-7 | |
| Basic Pay - 1983 | $1,456.20 | |
| BAH - 1983 | $342.60 | |
| BAS - 1983 | $5.29 | /day |
| Basic Pay - 1984 | $1,173.00 | |
| BAH - 1984 | $342.60 | |
| BAS - 1984 | $5.50 | /day |
| Basic Pay - 1985 | $1,219.80 | |
| BAH - 1985 | $372.60 | |
| BAS - 1985 | $5.50 | /day |

#### ECONOMIC LOSSES SUMMARY

| | Before Discount to Present Value | After Discount to Present Value | |
|---|---|---|---|
| Earnings | $742,494 | $730,976 | Table M-2 |
| Fringe Benefits | $71,731 | $70,581 | Table M-3 |
| Supplemental Pay | $24,740 | $24,317 | Table M-4 |
| Military Retirement Income | $148,714 | $127,340 | Table M-5 |
| Civilian Retirement Income | $32,837 | $24,039 | Table M-6 |
| Social Security Income | $94,965 | $69,522 | Table M-7 |
| Totals | $1,115,480 | $1,046,775 | |

## GLENN YARBER
### Based on Educational Attainment Statistics
### College
#### TABLE H-1 of H-6
#### SUMMARY KEY FACTS AND ASSUMPTIONS

| | | |
|---|---|---|
| Date of Birth | 2/1/45 | |
| Date of Death | 10/23/83 | |
| Age at Death | 36 | |
| Life Expectancy | 37.3 | |
| Expected Lifetime | 73.3 | 2018.5 |
| Race | Caucasian | |
| Gender | Male | |
| Enlisted | 5/7/82 | |
| Enlisted Until | 10/23/83 | |
| Expected Civilian Retirement | 66 | 2012 |
| Expected Military Retirement | | |
| Pre-Mil. Work | Sash/door maker | |
| High School | Yes | |
| College | | |
| Aspirations | Military Career/High School | |
| MOS # | | |
| Rank Title | CDR | |
| Grade | E-7 | |
| Basic Pay - 1983 | $1,456.20 | |
| BAH - 1983 | $342.60 | |
| BAS - 1983 | $5.29 | /day |
| Basic Pay - 1984 | $1,173.00 | |
| BAH - 1984 | $342.60 | |
| BAS - 1984 | $5.50 | /day |
| Basic Pay - 1985 | $1,219.80 | |
| BAH - 1985 | $372.60 | |
| BAS - 1985 | $5.50 | /day |

#### ECONOMIC LOSSES SUMMARY

| | Before Discount to Present Value | After Discount to Present Value | |
|---|---|---|---|
| Earnings | $606,049 | $599,075 | Table H-2 |
| Fringe Benefits | $58,374 | $57,677 | Table H-3 |
| Supplemental Pay | $22,612 | $22,313 | Table H-4 |
| Military Retirement Income | $72,699 | $53,153 | Table H-5 |
| Social Security Income | $85,296 | $62,363 | Table H-6 |
| Totals | $845,031 | $794,581 | |

Prepared by Jerome S. Paige, Ph.D. and Moses Sawney, MBA

Jerome S. Paige and Associates, LLC

**GLENN YARBER**
Economic Value of Earnings Losses
Based on Military Career

TABLE M-2 of M-7
EARNINGS LOSSES

| Year | Age | Earnings ($1983) | Earnings in Current Year Dollars | After Federal Taxes | After State and Local Taxes | After Social Security Taxes | After Personal Consumption | Total Earnings Loss | Present Value of Earnings Lost | Cumulative Loss | LPE | Post LPE Present Value of Cumulative Loss | Post LPE Present Value of Cumulative Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1983 | 38 | $3,915 | $3,915 | 93.3% | 95.0% | 93.3% | 65.9% | $2,133 | $2,133 | $2,133 | 74.6% | $1,592 | $1,592 |
| 1984 | 39 | $20,195 | $20,195 | 89.4% | 95.0% | 93.0% | 65.9% | $10,510 | $10,510 | $12,643 | 74.6% | $7,844 | $9,435 |
| 1985 | 40 | $21,116 | $21,116 | 89.4% | 95.0% | 93.0% | 65.9% | $10,984 | $10,984 | $23,628 | 74.8% | $8,214 | $17,649 |
| 1986 | 41 | $21,116 | $21,116 | 89.4% | 95.0% | 92.9% | 65.9% | $10,972 | $10,972 | $34,600 | 74.6% | $8,210 | $25,859 |
| 1987 | 42 | $23,027 | $23,027 | 88.8% | 95.0% | 92.9% | 65.9% | $11,886 | $11,886 | $46,486 | 73.9% | $8,788 | $34,647 |
| 1988 | 43 | $24,223 | $24,223 | 88.8% | 95.0% | 92.5% | 65.9% | $12,454 | $12,454 | $58,940 | 73.0% | $9,088 | $43,735 |
| 1989 | 44 | $25,041 | $25,041 | 88.6% | 95.0% | 92.5% | 65.9% | $13,560 | $13,560 | $72,500 | 72.4% | $9,811 | $53,546 |
| 1990 | 45 | $26,522 | $26,522 | 88.0% | 95.0% | 92.4% | 65.9% | $14,340 | $14,340 | $86,840 | 72.7% | $10,425 | $63,971 |
| 1991 | 46 | $27,607 | $27,607 | 88.4% | 95.0% | 92.4% | 69.7% | $14,927 | $14,927 | $101,767 | 73.1% | $10,918 | $74,889 |
| 1992 | 47 | $33,117 | $33,117 | 87.8% | 95.0% | 92.4% | 72.5% | $18,495 | $18,495 | $120,261 | 73.1% | $13,557 | $88,446 |
| 1993 | 48 | $34,346 | $34,346 | 87.8% | 95.0% | 92.4% | 72.5% | $19,181 | $19,181 | $139,442 | 73.3% | $14,057 | $102,503 |
| 1994 | 49 | $35,786 | $35,786 | 87.8% | 95.0% | 92.4% | 74.6% | $20,565 | $20,565 | $160,007 | 73.3% | $15,068 | $117,571 |
| 1995 | 50 | $38,720 | $38,720 | 87.8% | 95.0% | 92.4% | 74.6% | $21,101 | $21,101 | $181,108 | 73.3% | $15,467 | $133,028 |
| 1996 | 51 | $38,510 | $38,510 | 87.0% | 95.0% | 92.4% | 74.6% | $22,130 | $22,130 | $203,238 | 73.2% | $16,206 | $149,234 |
| 1997 | 52 | $39,775 | $39,775 | 87.8% | 95.0% | 92.4% | 74.6% | $22,857 | $22,857 | $226,094 | 73.2% | $16,734 | $165,968 |
| 1998 | 53 | $41,636 | $41,636 | 87.0% | 95.0% | 92.4% | 76.4% | $24,280 | $24,280 | $250,374 | 73.2% | $17,770 | $183,738 |
| 1999 | 54 | $43,055 | $43,055 | 87.0% | 95.0% | 92.4% | 76.4% | $25,107 | $25,107 | $275,482 | 73.2% | $18,370 | $202,108 |
| 2000 | 55 | $44,863 | $44,863 | 87.0% | 96.0% | 92.4% | 70.3% | $24,073 | $24,073 | $299,554 | 73.2% | $17,607 | $219,715 |
| 2001 | 56 | $54,112 | $54,112 | 86.0% | 96.0% | 92.4% | 74.1% | $30,248 | $30,248 | $329,802 | 73.1% | $22,117 | $241,832 |
| 2002 | 57 | $59,879 | $59,879 | 86.0% | 96.0% | 92.4% | 75.6% | $34,149 | $34,149 | $363,951 | 73.1% | $24,950 | $266,782 |
| 2003 | 58 | $61,285 | $61,285 | 86.0% | 96.0% | 92.4% | 79.8% | $36,081 | $36,081 | $400,031 | 73.1% | $26,946 | $293,728 |
| 2004 | 59 | $63,646 | $63,646 | 84.7% | 96.0% | 92.4% | 80.6% | $38,110 | $38,110 | $438,141 | 73.0% | $27,832 | $321,571 |
| 2005 | 60 | $65,721 | $65,721 | 84.7% | 96.0% | 92.4% | 80.6% | $39,362 | $39,362 | $478,283 | 73.1% | $28,727 | $350,298 |
| 2006 | 61 | $66,443 | $66,443 | 84.7% | 95.0% | 92.4% | 80.6% | $39,784 | $39,784 | $518,077 | 72.9% | $29,028 | $379,326 |
| 2007 | 62 | $69,760 | $69,760 | 84.7% | 95.0% | 92.4% | 81.3% | $42,133 | $42,133 | $560,211 | 72.9% | $30,725 | $410,051 |
| 2008 | 63 | $71,848 | $71,848 | 84.7% | 95.0% | 92.4% | 81.9% | $43,715 | $43,715 | $603,925 | 72.9% | $31,860 | $441,911 |
| 2009 | 64 | $73,644 | $73,644 | 84.7% | 95.0% | 92.4% | 81.9% | $42,911 | $42,911 | $646,836 | 72.8% | $31,253 | $473,164 |
| 2010 | 65 | $75,706 | $75,706 | 84.7% | 95.0% | 92.4% | 81.5% | $44,808 | $42,245 | $688,081 | 72.8% | $30,744 | $503,909 |
| 2011 | 66 | $77,828 | $77,828 | 84.7% | 95.0% | 92.4% | 82.5% | $47,699 | $41,894 | $730,876 | 72.7% | $30,462 | $534,370 |
| 2012 | 67 | | | | | | | | | | | | |
| 2013 | 68 | | | | | | | | | | | | |
| 2014 | 69 | | | | | | | | | | | | |
| 2015 | 70 | | | | | | | | | | | | |
| 2016 | 71 | | | | | | | | | | | | |
| 2017 | 72 | | | | | | | | | | | | |

Prepared by Jerome S. Paige, Ph.D., and Moses Sawney, MBA

**GLENN YARBER**
**Economic Value of Earnings Losses**
**Based on Military Career**

**TABLE M-2 of M-7**
**EARNINGS LOSSES**

| Year | Age | Earnings ($1983) | Earnings in Current Year Dollars | After Federal Taxes | After State and Local Taxes | After Social Security Taxes | After Personal Consumption | Total Earnings Loss | Present Value of Earnings Loss | Cumulative Loss | Post LPE Value of LPE Earnings Loss | Post LPE Present Value of Earnings Loss | Post LPE Cumulative Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | 73 | | | | | | | | | | | | |
| 2019 | 74 | | | | | | | | | | | | |
| 2020 | 75 | | | | | | | | | | | | |
| 2021 | 76 | | | | | | | | | | | | |
| 2022 | 77 | | | | | | | | | | | | |
| 2023 | 78 | | | | | | | | | | | | |
| 2024 | 79 | | | | | | | | | | | | |
| 2025 | 80 | | | | | | | | | | | | |
| 2026 | 81 | | | | | | | | | | | | |
| 2027 | 82 | | | | | | | | | | | | |
| 2028 | 83 | | | | | | | | | | | | |
| 2029 | 84 | | | | | | | | | | | | |
| 2030 | 85 | | | | | | | | | | | | |
| 2031 | 86 | | | | | | | | | | | | |
| 2032 | 87 | | | | | | | | | | | | |
| 2033 | 88 | | | | | | | | | | | | |
| 2034 | 89 | | | | | | | | | | | | |
| 2035 | 90 | | | | | | | | | | | | |
| 2036 | 91 | | | | | | | | | | | | |
| 2037 | 92 | | | | | | | | | | | | |
| Totals | | $1,288,787 | $1,280,419 | | | | | $742,404 | $730,976 | | | $554,370 | |

Yarber.xls - 12-12-08

Prepared by Jerome S. Paige, Ph.D., and Moses Sawney, MBA

Jerome S. Paige and Associates, LLC

**GLENN YARBER**
**Economic Value of Earnings Losses**
**Based on Military Career**

**TABLE M-3 of M-7**

**FRINGE BENEFITS LOSSES**

| Year | Age | Loss of Paid Leave | After Federal Taxes | After State and Local Taxes | After Social Security Taxes | After Personal Consumption | Current Value of Paid Leave Loss After Personal Consumption | Present Value of Paid Leave Loss After Personal Consumption | Post LPE LPE | Post LPE Present Value of Fringe Benefits Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| 1983 | 38 | $355 | 93.3% | 95.0% | 93.3% | 65.9% | $210 | $210 | 74.6% | $156 |
| 1984 | 39 | $1,984 | 89.4% | 95.0% | 93.0% | 65.9% | $1,032 | $1,032 | 74.6% | $770 |
| 1985 | 40 | $2,074 | 89.4% | 95.0% | 93.0% | 65.9% | $1,079 | $1,079 | 74.8% | $807 |
| 1986 | 41 | $2,074 | 88.4% | 95.0% | 92.9% | 65.9% | $1,078 | $1,078 | 74.9% | $806 |
| 1987 | 42 | $2,262 | 88.8% | 95.0% | 92.9% | 65.9% | $1,167 | $1,167 | 73.9% | $883 |
| 1988 | 43 | $2,379 | 88.8% | 95.0% | 92.5% | 65.5% | $1,223 | $1,223 | 73.0% | $893 |
| 1989 | 44 | $2,460 | 88.4% | 95.0% | 92.5% | 65.5% | $1,332 | $1,332 | 72.4% | $964 |
| 1990 | 45 | $2,605 | 88.4% | 95.0% | 92.5% | 69.7% | $1,408 | $1,408 | 72.7% | $1,024 |
| 1991 | 46 | $2,712 | 88.4% | 95.0% | 92.4% | 69.7% | $1,466 | $1,466 | 73.1% | $1,072 |
| 1992 | 47 | $3,223 | 87.8% | 95.0% | 92.4% | 72.5% | $1,800 | $1,800 | 73.3% | $1,319 |
| 1993 | 48 | $3,305 | 87.8% | 95.0% | 92.4% | 72.5% | $1,845 | $1,845 | 73.3% | $1,352 |
| 1994 | 49 | $3,399 | 87.8% | 95.0% | 92.4% | 74.6% | $1,953 | $1,953 | 73.3% | $1,431 |
| 1995 | 50 | $3,423 | 87.8% | 95.0% | 92.4% | 74.6% | $1,967 | $1,967 | 73.3% | $1,441 |
| 1996 | 51 | $3,574 | 87.8% | 95.0% | 92.4% | 74.6% | $2,054 | $2,054 | 73.2% | $1,504 |
| 1997 | 52 | $3,647 | 87.8% | 95.0% | 92.4% | 74.6% | $2,096 | $2,096 | 73.2% | $1,534 |
| 1998 | 53 | $3,785 | 87.0% | 95.0% | 92.4% | 76.4% | $2,207 | $2,207 | 73.2% | $1,615 |
| 1999 | 54 | $3,919 | 87.0% | 95.0% | 92.4% | 76.4% | $2,288 | $2,288 | 73.2% | $1,672 |
| 2000 | 55 | $4,147 | 87.0% | 95.0% | 92.4% | 70.3% | $2,225 | $2,225 | 73.1% | $1,628 |
| 2001 | 56 | $5,085 | 86.0% | 95.0% | 92.4% | 74.1% | $2,842 | $2,842 | 73.1% | $2,078 |
| 2002 | 57 | $5,688 | 86.0% | 95.0% | 92.4% | 75.6% | $3,243 | $3,243 | 73.1% | $2,370 |
| 2003 | 58 | $5,757 | 86.0% | 95.0% | 92.4% | 78.9% | $3,465 | $3,465 | 73.1% | $2,532 |
| 2004 | 59 | $5,969 | 84.7% | 95.0% | 92.4% | 80.6% | $3,574 | $3,574 | 73.0% | $2,610 |
| 2005 | 60 | $6,257 | 84.7% | 95.0% | 92.4% | 80.6% | $3,747 | $3,747 | 73.0% | $2,735 |
| 2006 | 61 | $6,700 | 84.7% | 95.0% | 92.4% | 80.6% | $4,012 | $4,012 | 73.0% | $2,927 |
| 2007 | 62 | $6,969 | 84.7% | 95.0% | 92.4% | 81.3% | $4,209 | $4,209 | 72.9% | $3,069 |
| 2008 | 63 | $7,177 | 84.7% | 95.0% | 92.4% | 81.9% | $4,387 | $4,387 | 72.9% | $3,193 |
| 2009 | 64 | $7,357 | 84.7% | 95.0% | 92.4% | 81.9% | $4,476 | $4,287 | 72.8% | $3,122 |
| 2010 | 65 | $7,563 | 84.7% | 95.0% | 92.4% | 81.9% | $4,602 | $4,220 | 72.8% | $3,071 |
| 2011 | 66 | $7,775 | 84.7% | 95.0% | 92.4% | 82.5% | $4,765 | $4,165 | 72.2% | $3,043 |
| 2012 | 67 | | | | | | | | | |
| 2013 | 68 | | | | | | | | | |
| 2014 | 69 | | | | | | | | | |
| 2015 | 70 | | | | | | | | | |
| 2016 | 71 | | | | | | | | | |
| 2017 | 72 | | | | | | | | | |

**GLENN YARBER**
**Economic Value of Earnings Losses**
**Based on Military Career**

**TABLE M-3 of M-7**
**FRINGE BENEFITS LOSSES**

| Year | Age | Loss of Paid Leave | After Federal Taxes | After State and Local Taxes | After Social Security Taxes | After Personal Consumption | Current Value of Paid Leave Loss After Personal Consumption | Present Value of Paid Leave Loss After Personal Consumption | LPE | Post LPE Present Value of Fringe Benefits Loss |
|------|-----|--------|------|------|------|------|------|------|-----|------|
| 2018 | 73 | | | | | | | | | |
| 2019 | 74 | | | | | | | | | |
| 2020 | 75 | | | | | | | | | |
| 2021 | 76 | | | | | | | | | |
| 2022 | 77 | | | | | | | | | |
| 2023 | 78 | | | | | | | | | |
| 2024 | 79 | | | | | | | | | |
| 2025 | 80 | | | | | | | | | |
| 2026 | 81 | | | | | | | | | |
| 2027 | 82 | | | | | | | | | |
| 2028 | 83 | | | | | | | | | |
| 2029 | 84 | | | | | | | | | |
| 2030 | 85 | | | | | | | | | |
| 2031 | 86 | | | | | | | | | |
| 2032 | 87 | | | | | | | | | |
| 2033 | 88 | | | | | | | | | |
| 2034 | 89 | | | | | | | | | |
| 2035 | 90 | | | | | | | | | |
| 2036 | 91 | | | | | | | | | |
| 2037 | 92 | | | | | | | | | |
| **Totals** | | **$123,651** | | | | | **$71,731** | **$70,561** | | **$51,595** |

**GLENN YARBER**
**Economic Value of Earnings Losses**
**Based on Military Career**

**TABLE M-4 of M-7**

**SUPPLEMENTAL PAY LOSSES**

| Year | Age | Supplemental Pay | After Federal Taxes | After State and Local Taxes | After Social Security Taxes | After Personal Consumption | Current Value of Supplemental Pay Loss After Personal Consumption | Present Value of Supplemental Pay Loss After Personal Consumption | LPE | Post LPE Present Value of Supplemental Pay Loss / Pay Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| 1983 | 38 | $109 | 93.3% | 95.0% | 92.0% | 65.9% | $60 | $60 | 74.6% | $44 |
| 1984 | 39 | $564 | 89.4% | 95.0% | 93.0% | 65.9% | $294 | $294 | 74.6% | $219 |
| 1985 | 40 | $590 | 89.4% | 95.0% | 92.9% | 65.9% | $307 | $307 | 74.8% | $230 |
| 1986 | 41 | $590 | 89.4% | 95.0% | 92.9% | 65.9% | $307 | $307 | 74.9% | $229 |
| 1987 | 42 | $843 | 88.8% | 95.0% | 92.9% | 65.9% | $332 | $332 | 73.9% | $246 |
| 1988 | 43 | $677 | 88.8% | 95.0% | 92.5% | 65.9% | $348 | $348 | 73.0% | $254 |
| 1989 | 44 | $700 | 88.4% | 95.0% | 92.4% | 69.7% | $379 | $379 | 72.4% | $274 |
| 1990 | 45 | $771 | 88.4% | 95.0% | 92.4% | 69.7% | $401 | $401 | 72.7% | $291 |
| 1991 | 46 | $967 | 88.4% | 95.0% | 92.4% | 69.7% | $417 | $417 | 73.1% | $305 |
| 1992 | 47 | $771 | 87.8% | 95.0% | 92.4% | 72.5% | $540 | $540 | 73.3% | $396 |
| 1993 | 48 | $1,056 | 87.8% | 95.0% | 92.4% | 72.5% | $590 | $590 | 73.3% | $432 |
| 1994 | 49 | $1,105 | 87.8% | 95.0% | 92.4% | 74.6% | $635 | $635 | 73.3% | $485 |
| 1995 | 50 | $1,216 | 87.8% | 95.0% | 92.4% | 74.6% | $699 | $699 | 73.3% | $512 |
| 1996 | 51 | $1,287 | 87.8% | 95.0% | 92.4% | 74.6% | $745 | $745 | 73.2% | $546 |
| 1997 | 52 | $1,350 | 87.8% | 95.0% | 92.4% | 74.6% | $776 | $776 | 73.2% | $568 |
| 1998 | 53 | $1,388 | 87.0% | 95.0% | 92.4% | 76.4% | $798 | $798 | 73.2% | $584 |
| 1999 | 54 | $1,375 | 87.0% | 95.0% | 92.4% | 76.4% | $802 | $802 | 73.2% | $587 |
| 2000 | 55 | $1,373 | 87.0% | 95.0% | 92.4% | 70.3% | $737 | $737 | 73.1% | $539 |
| 2001 | 56 | $1,583 | 86.0% | 95.0% | 92.4% | 74.1% | $885 | $885 | 73.1% | $647 |
| 2002 | 57 | $1,966 | 86.0% | 95.0% | 92.4% | 75.6% | $1,121 | $1,121 | 73.1% | $819 |
| 2003 | 58 | $2,058 | 86.0% | 95.0% | 92.4% | 79.8% | $1,239 | $1,239 | 73.0% | $905 |
| 2004 | 59 | $2,122 | 84.7% | 95.0% | 92.4% | 80.6% | $1,270 | $1,270 | 73.0% | $928 |
| 2005 | 60 | $2,333 | 84.7% | 95.0% | 92.4% | 80.6% | $1,397 | $1,397 | 73.0% | $1,020 |
| 2006 | 61 | $2,383 | 84.7% | 95.0% | 92.4% | 81.3% | $1,427 | $1,427 | 72.9% | $1,041 |
| 2007 | 62 | $2,560 | 84.7% | 95.0% | 92.4% | 81.9% | $1,546 | $1,546 | 72.9% | $1,128 |
| 2008 | 63 | $2,637 | 84.7% | 95.0% | 92.4% | 81.9% | $1,604 | $1,575 | 72.8% | $1,169 |
| 2009 | 64 | $2,703 | 84.7% | 95.0% | 92.4% | 81.9% | $1,844 | $1,575 | 72.8% | $1,147 |
| 2010 | 65 | $2,778 | 84.7% | 95.0% | 92.4% | 81.9% | $1,680 | $1,680 | 72.7% | $1,118 |
| 2011 | 66 | $2,856 | 84.7% | 95.0% | 92.4% | 82.5% | $1,750 | $1,537 | 72.7% | $1,118 |
| 2012 | 67 | | | | | | | | | |
| 2013 | 68 | | | | | | | | | |
| 2014 | 69 | | | | | | | | | |
| 2015 | 70 | | | | | | | | | |
| 2016 | 71 | | | | | | | | | |
| 2017 | 72 | | | | | | | | | |

**GLENN YARBER**
**Economic Value of Earnings Losses**
**Based on Military Career**

**TABLE M-4 of M-7**
**SUPPLEMENTAL PAY LOSSES**

| Year | Age | Supplemental Pay | After Federal Taxes | After State and Local Taxes | After Social Security Taxes | After Personal Consumption | Current Value of Supplemental Pay Loss After Personal Consumption | Present Value of Supplemental Pay Loss After Personal Consumption | LPE | Post LPE Present Value of Supplemental Pay Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | 73 | | | | | | | | | |
| 2019 | 74 | | | | | | | | | |
| 2020 | 75 | | | | | | | | | |
| 2021 | 76 | | | | | | | | | |
| 2022 | 77 | | | | | | | | | |
| 2023 | 78 | | | | | | | | | |
| 2024 | 79 | | | | | | | | | |
| 2025 | 80 | | | | | | | | | |
| 2026 | 81 | | | | | | | | | |
| 2027 | 82 | | | | | | | | | |
| 2028 | 83 | | | | | | | | | |
| 2029 | 84 | | | | | | | | | |
| 2030 | 85 | | | | | | | | | |
| 2031 | 86 | | | | | | | | | |
| 2032 | 87 | | | | | | | | | |
| 2033 | 88 | | | | | | | | | |
| 2034 | 89 | | | | | | | | | |
| 2035 | 90 | | | | | | | | | |
| 2036 | 91 | | | | | | | | | |
| 2037 | 92 | | | | | | | | | |
| **Totals** | | **$42,472** | | | | | **$24,740** | **$24,317** | | **$17,771** |

**GLENN YARBER**
**Economic Value of Earnings Losses**
**Based on Military Career**

**TABLE M-5 of M-7**

**MILITARY RETIREMENT INCOME LOSSES**

| Year | Age | Retirement Income (Base) | Retirement Income (Current) | After Federal Taxes | After State and Local Taxes | After Personal Consumption | Current Value of Retirement Income Losses After Personal Consumption | Present Value of Retirement Income Losses After Personal Consumption | Probability of Being Alive | Present Value of Retirement Income Losses Given Probability of Life |
|---|---|---|---|---|---|---|---|---|---|---|
| 1983 | 38 | | | | | | | | | |
| 1984 | 39 | | | | | | | | | |
| 1985 | 40 | | | | | | | | | |
| 1986 | 41 | | | | | | | | | |
| 1987 | 42 | | | | | | | | | |
| 1988 | 43 | | | | | | | | | |
| 1989 | 44 | | | | | | | | | |
| 1990 | 45 | | | | | | | | | |
| 1991 | 46 | | | | | | | | | |
| 1992 | 47 | | | | | | | | | |
| 1993 | 48 | | | | | | | | | |
| 1994 | 49 | | | | | | | | | |
| 1995 | 50 | | | | | | | | | |
| 1996 | 51 | | | | | | | | | |
| 1997 | 52 | | | | | | | | | |
| 1998 | 53 | | | | | | | | | |
| 1999 | 54 | | | | | | | | | |
| 2000 | 55 | | | | | | | | | |
| 2001 | 56 | | | | | | | | | |
| 2002 | 57 | | | | | | | | | |
| 2003 | 58 | $11,649 | $11,649 | 86.0% | 95.0% | 79.8% | $7,594 | $7,594 | 99.44% | $7,551 |
| 2004 | 59 | $11,649 | $11,952 | 84.7% | 95.0% | 80.6% | $7,749 | $7,749 | 99.40% | $7,703 |
| 2005 | 60 | $11,649 | $12,370 | 84.7% | 95.0% | 80.6% | $8,021 | $8,021 | 99.33% | $7,969 |
| 2006 | 61 | $11,649 | $12,766 | 84.7% | 95.0% | 80.6% | $8,277 | $8,277 | 99.30% | $8,219 |
| 2007 | 62 | $11,649 | $13,124 | 84.7% | 95.0% | 81.3% | $8,583 | $8,583 | 99.25% | $8,518 |
| 2008 | 63 | $11,649 | $13,491 | 84.7% | 95.0% | 81.9% | $8,888 | $8,888 | 99.19% | $8,816 |
| 2009 | 64 | $11,649 | $13,828 | 84.7% | 95.0% | 81.9% | $9,111 | $8,725 | 99.12% | $8,649 |
| 2010 | 65 | $11,649 | $14,216 | 84.7% | 95.0% | 81.9% | $9,266 | $8,590 | 99.05% | $8,508 |
| 2011 | 66 | $11,649 | $14,614 | 84.7% | 95.0% | 82.5% | $9,699 | $8,518 | 98.96% | $8,429 |
| 2012 | 67 | $11,649 | $15,023 | 89.4% | 95.0% | 70.3% | $8,969 | $7,544 | 98.85% | $7,457 |
| 2013 | 68 | $11,649 | $15,444 | 88.8% | 95.0% | 70.3% | $9,159 | $7,377 | 98.73% | $7,284 |
| 2014 | 69 | $11,649 | $15,876 | 88.8% | 95.0% | 70.3% | $9,415 | $7,283 | 98.61% | $7,162 |
| 2015 | 70 | $11,649 | $16,320 | 88.8% | 95.0% | 72.3% | $9,654 | $7,354 | 98.48% | $7,242 |
| 2016 | 71 | $11,649 | $16,777 | 88.8% | 95.0% | 72.3% | $10,233 | $7,240 | 98.36% | $7,121 |
| 2017 | 72 | $11,649 | $17,247 | 88.4% | 95.0% | 72.3% | $10,474 | $7,097 | 98.22% | $6,971 |

Yarber.xls - 12-12-08

Prepared by Jerome S. Paige, Ph.D., and Moses Sawney, MBA

Jerome S. Paige and Associates, LLC

**GLENN YARBER**
**Economic Value of Earnings Losses**
**Based on Military Career**

**TABLE M-5 of M-7**
**MILITARY RETIREMENT INCOME LOSSES**

| Year | Age | Retirement Income (Base) | Retirement Income (Current) | After Federal Taxes | After State and Local Taxes | After Personal Consumption | Current Value of Retirement Income Losses After Personal Consumption | Present Value of Retirement Income Losses After Personal Consumption | Probability of Being Alive Given Probability of Life | Present Value of Retirement Income Losses Given Probability of Life |
|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | 73 | $11,649 | $17,730 | 88.4% | 95.0% | 74.1% | $11,036 | $7,161 | 98.06% | $7,022 |
| 2019 | 74 | $2,912 | $4,557 | 92.7% | 95.0% | 54.5% | $2,188 | $1,360 | 97.88% | $1,331 |
| 2020 | 75 | | | | | | | | | |
| 2021 | 76 | | | | | | | | | |
| 2022 | 77 | | | | | | | | | |
| 2023 | 78 | | | | | | | | | |
| 2024 | 79 | | | | | | | | | |
| 2025 | 80 | | | | | | | | | |
| 2026 | 81 | | | | | | | | | |
| 2027 | 82 | | | | | | | | | |
| 2028 | 83 | | | | | | | | | |
| 2029 | 84 | | | | | | | | | |
| 2030 | 85 | | | | | | | | | |
| 2031 | 86 | | | | | | | | | |
| 2032 | 87 | | | | | | | | | |
| 2033 | 88 | | | | | | | | | |
| 2034 | 89 | | | | | | | | | |
| 2035 | 90 | | | | | | | | | |
| 2036 | 91 | | | | | | | | | |
| 2037 | 92 | | | | | | | | | |
| Totals | | $189,300 | $238,985 | | | | $148,714 | $127,340 | | $125,951 |

**GLENN YARBER**
**Economic Value of Earnings Losses**
**Based on Military Career**

**TABLE M-6 of M-7**

**CIVILIAN RETIREMENT INCOME LOSSES**

| Year | Age | Retirement Income (Base) | Retirement Income (Current) | After Federal Taxes | After State and Local Taxes | After Personal Consumption | Current Value of Retirement Income Losses After Personal Consumption | Present Value of Retirement Income Losses After Personal Consumption | Probability of Being Alive | Present Value of Retirement Income Losses Given Probability of Life |
|---|---|---|---|---|---|---|---|---|---|---|
| 1983 | 38 | | | | | | | | | |
| 1984 | 39 | | | | | | | | | |
| 1985 | 40 | | | | | | | | | |
| 1986 | 41 | | | | | | | | | |
| 1987 | 42 | | | | | | | | | |
| 1988 | 43 | | | | | | | | | |
| 1989 | 44 | | | | | | | | | |
| 1990 | 45 | | | | | | | | | |
| 1991 | 46 | | | | | | | | | |
| 1992 | 47 | | | | | | | | | |
| 1993 | 48 | | | | | | | | | |
| 1994 | 49 | | | | | | | | | |
| 1995 | 50 | | | | | | | | | |
| 1996 | 51 | | | | | | | | | |
| 1997 | 52 | | | | | | | | | |
| 1998 | 53 | | | | | | | | | |
| 1999 | 54 | | | | | | | | | |
| 2000 | 55 | | | | | | | | | |
| 2001 | 56 | | | | | | | | | |
| 2002 | 57 | | | | | | | | | |
| 2003 | 58 | | | | | | | | | |
| 2004 | 59 | | | | | | | | | |
| 2005 | 60 | | | | | | | | | |
| 2006 | 61 | | | | | | | | | |
| 2007 | 62 | | | | | | | | | |
| 2008 | 63 | | | | | | | | | |
| 2009 | 64 | | | | | | | | | |
| 2010 | 65 | | | | | | | | | |
| 2011 | 66 | $6,664 | $6,664 | 89.4% | 95.0% | 70.3% | $3,978 | $3,346 | 98.9% | $3,308 |
| 2012 | 67 | $6,664 | $6,664 | 88.9% | 95.0% | 70.3% | $4,110 | $3,311 | 98.7% | $3,269 |
| 2013 | 68 | $6,664 | $6,930 | 88.8% | 95.0% | 70.3% | $4,270 | $3,294 | 98.6% | $3,248 |
| 2014 | 69 | $6,664 | $7,201 | 88.8% | 95.0% | 70.3% | $4,563 | $3,371 | 98.5% | $3,320 |
| 2015 | 70 | $6,664 | $7,462 | 88.8% | 95.0% | 72.3% | $4,741 | $3,354 | 98.4% | $3,299 |
| 2016 | 71 | $6,664 | $7,773 | 88.8% | 95.0% | 72.3% | $4,741 | $3,354 | 98.4% | $3,299 |
| 2017 | 72 | $6,664 | $8,076 | 88.4% | 95.0% | 72.3% | $4,905 | $3,323 | 98.2% | $3,264 |

Prepared by Jerome S. Paige, Ph.D., and Moses Sawrey, MBA

Jerome S. Paige and Associates, LLC

**GLENN YARBER**
**Economic Value of Earnings Losses**
**Based on Military Career**

**TABLE M-6 of M-7**
**CIVILIAN RETIREMENT INCOME LOSSES**

| Year | Age | Retirement Income (Base) | Retirement Income (Current) | After Federal Taxes | After State and Local Taxes | After Personal Consumption | Current Value of Retirement Income Losses After Personal Consumption | Present Value of Retirement Income Losses After Personal Consumption | Probability of Being Alive | Present Value of Retirement Income Losses Given Probability of Life |
|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | 73 | $6,664 | $8,391 | 88.4% | 95.0% | 74.1% | $5,223 | $3,389 | 98.1% | $3,323 |
| 2019 | 74 | $1,666 | $2,180 | 92.7% | 95.0% | 54.5% | $1,047 | $650 | 97.9% | $637 |
| 2020 | 75 | | | | | | | | | |
| 2021 | 76 | | | | | | | | | |
| 2022 | 77 | | | | | | | | | |
| 2023 | 78 | | | | | | | | | |
| 2024 | 79 | | | | | | | | | |
| 2025 | 80 | | | | | | | | | |
| 2026 | 81 | | | | | | | | | |
| 2027 | 82 | | | | | | | | | |
| 2028 | 83 | | | | | | | | | |
| 2029 | 84 | | | | | | | | | |
| 2030 | 85 | | | | | | | | | |
| 2031 | 86 | | | | | | | | | |
| 2032 | 87 | | | | | | | | | |
| 2033 | 88 | | | | | | | | | |
| 2034 | 89 | | | | | | | | | |
| 2035 | 90 | | | | | | | | | |
| 2036 | 91 | | | | | | | | | |
| 2037 | 92 | | | | | | | | | |
| **Totals** | | **$48,313** | **$54,697** | | | | **$32,837** | **$24,039** | | **$23,668** |

**GLENN YARBER**
**Economic Value of Earnings Losses**
**Based on Military Career**

**TABLE M-7 of M-7**
**SOCIAL SECURITY LOSSES**

| Year | Age | Social Security Income (Base) | Social Security Income (Current) | After Federal Taxes | After State and Local Taxes | After Personal Consumption | Current Value of Social Security Income After Personal Consumption | Present Value of Social Security Income After Personal Consumption | Probability of Income Losses Being Alive | Present Value of Social Security Income After Income Losses Given Probability of Life |
|---|---|---|---|---|---|---|---|---|---|---|
| 1983 | 38 | | | | | | | | | |
| 1984 | 39 | | | | | | | | | |
| 1985 | 40 | | | | | | | | | |
| 1986 | 41 | | | | | | | | | |
| 1987 | 42 | | | | | | | | | |
| 1988 | 43 | | | | | | | | | |
| 1989 | 44 | | | | | | | | | |
| 1990 | 45 | | | | | | | | | |
| 1991 | 46 | | | | | | | | | |
| 1992 | 47 | | | | | | | | | |
| 1993 | 48 | | | | | | | | | |
| 1994 | 49 | | | | | | | | | |
| 1995 | 50 | | | | | | | | | |
| 1996 | 51 | | | | | | | | | |
| 1997 | 52 | | | | | | | | | |
| 1998 | 53 | | | | | | | | | |
| 1999 | 54 | | | | | | | | | |
| 2000 | 55 | | | | | | | | | |
| 2001 | 56 | | | | | | | | | |
| 2002 | 57 | | | | | | | | | |
| 2003 | 58 | | | | | | | | | |
| 2004 | 59 | | | | | | | | | |
| 2005 | 60 | | | | | | | | | |
| 2006 | 61 | | | | | | | | | |
| 2007 | 62 | | | | | | | | | |
| 2008 | 63 | | | | | | | | | |
| 2009 | 64 | | | | | | | | | |
| 2010 | 65 | | | | | | | | | |
| 2011 | 66 | $19,272 | $19,272 | 88.4% | 95.0% | 70.3% | $11,505 | $9,677 | 98.9% | $9,566 |
| 2012 | 67 | $19,272 | $20,043 | 88.8% | 95.0% | 70.3% | $11,886 | $9,575 | 98.7% | $9,453 |
| 2013 | 68 | $19,272 | $20,826 | 88.8% | 95.0% | 70.3% | $12,350 | $9,527 | 98.6% | $9,394 |
| 2014 | 69 | $19,272 | $21,637 | 88.8% | 95.0% | 72.3% | $13,196 | $9,749 | 98.5% | $9,601 |
| 2015 | 70 | $19,272 | $21,637 | 88.8% | 95.0% | 72.3% | $13,711 | $9,701 | 98.4% | $9,541 |
| 2016 | 71 | $19,272 | $22,481 | 88.8% | 96.0% | 72.3% | $13,711 | $9,701 | 98.4% | $9,541 |
| 2017 | 72 | $19,272 | $23,357 | 88.4% | 96.0% | 72.3% | $14,185 | $9,611 | 98.2% | $9,440 |

Yarber.xls - 12-12-08

Prepared by Jerome S. Paige, Ph.D., and Moses Sawney, MBA

Jerome S. Paige and Associates, LLC

**GLENN YARBER**
**Economic Value of Earnings Losses**
**Based on Military Career**

**TABLE M-7 of M-7**
**SOCIAL SECURITY LOSSES**

| Year | Age | Social Security Income (Base) | Social Security Income (Current) | After Federal Taxes | After State and Local Taxes | After Personal Consumption | Current Value of Social Security Income After Personal Consumption | Present Value of Social Security Income After Personal Consumption | Probability of Being Alive | Present Value of Social Security Income Losses Given Probability of Life |
|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | 73 | $19,272 | $24,268 | 88.4% | 95.0% | 74.1% | $15,105 | $9,801 | 98.1% | $9,611 |
| 2019 | 74 | $4,818 | $6,304 | 92.7% | 95.0% | 54.5% | $3,027 | $1,881 | 97.9% | $1,841 |
| 2020 | 75 | | | | | | | | | |
| 2021 | 76 | | | | | | | | | |
| 2022 | 77 | | | | | | | | | |
| 2023 | 78 | | | | | | | | | |
| 2024 | 79 | | | | | | | | | |
| 2025 | 80 | | | | | | | | | |
| 2026 | 81 | | | | | | | | | |
| 2027 | 82 | | | | | | | | | |
| 2028 | 83 | | | | | | | | | |
| 2029 | 84 | | | | | | | | | |
| 2030 | 85 | | | | | | | | | |
| 2031 | 86 | | | | | | | | | |
| 2032 | 87 | | | | | | | | | |
| 2033 | 88 | | | | | | | | | |
| 2034 | 89 | | | | | | | | | |
| 2035 | 90 | | | | | | | | | |
| 2036 | 91 | | | | | | | | | |
| 2037 | 92 | | | | | | | | | |
| **Totals** | | **$139,722** | **$158,186** | | | | **$94,965** | **$69,522** | | **$68,448** |

Prepared by Jerome S. Paige, Ph.D., and Moses Sawrey, MBA

Jerome S. Paige and Associates, LLC

**GLENN YARBER**
**Economic Value of Earnings Losses**
**Based on Educational Attainment Statistics**
**High School**

**TABLE H-2 of H-8**
**EARNINGS LOSSES**

| Year | Age | Earnings Current Year ($1983) | Earnings in Dollars | After Federal Taxes | After State and Local Taxes | After Social Security Taxes | After Personal Consumption | Total Earnings Loss | Present Value of Earnings Loss | Cumulative Loss | LPE | Post LPE Present Value of Earnings Loss | Post LPE Cumulative Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1983 | 38 | $3,915 | $3,915 | 93.3% | 95.0% | 93.3% | 65.9% | $2,133 | $2,133 | $2,133 | 74.6% | $1,592 | $1,592 |
| 1984 | 39 | $22,895 | $23,636 | 88.8% | 95.0% | 93.0% | 65.9% | $12,220 | $12,220 | $14,353 | 74.6% | $9,119 | $10,711 |
| 1985 | 40 | $24,522 | $26,040 | 88.4% | 95.0% | 93.0% | 69.7% | $14,171 | $14,171 | $28,524 | 74.8% | $10,596 | $21,307 |
| 1986 | 41 | $24,522 | $26,834 | 88.4% | 95.0% | 92.9% | 69.7% | $14,587 | $14,587 | $43,110 | 74.8% | $10,915 | $32,223 |
| 1987 | 42 | $24,522 | $27,682 | 88.4% | 95.0% | 92.9% | 69.7% | $15,032 | $15,032 | $58,142 | 73.9% | $11,114 | $43,337 |
| 1988 | 43 | $24,522 | $28,495 | 88.4% | 95.0% | 92.5% | 69.7% | $15,430 | $15,430 | $73,572 | 73.0% | $11,259 | $54,596 |
| 1989 | 44 | $24,522 | $29,363 | 88.4% | 95.0% | 92.5% | 69.7% | $15,900 | $15,900 | $89,472 | 72.4% | $11,504 | $66,100 |
| 1990 | 45 | $25,518 | $31,530 | 87.8% | 95.0% | 92.5% | 72.5% | $17,609 | $17,609 | $107,081 | 72.7% | $12,802 | $78,901 |
| 1991 | 46 | $25,518 | $32,535 | 87.8% | 95.0% | 92.4% | 72.5% | $18,170 | $18,170 | $125,251 | 73.1% | $13,290 | $92,191 |
| 1992 | 47 | $25,518 | $33,572 | 87.8% | 95.0% | 92.4% | 72.5% | $18,749 | $18,749 | $143,999 | 73.3% | $13,743 | $105,934 |
| 1993 | 48 | $25,518 | $34,642 | 87.8% | 95.0% | 92.4% | 72.5% | $19,346 | $19,346 | $163,346 | 73.3% | $14,178 | $120,113 |
| 1994 | 49 | $25,518 | $35,746 | 87.8% | 95.0% | 92.4% | 74.6% | $20,541 | $20,541 | $183,887 | 73.3% | $15,051 | $135,163 |
| 1995 | 50 | $25,518 | $36,234 | 87.8% | 95.0% | 92.4% | 74.6% | $20,822 | $20,822 | $204,709 | 73.3% | $15,252 | $150,416 |
| 1996 | 51 | $24,922 | $37,381 | 87.8% | 95.0% | 92.4% | 74.6% | $21,481 | $21,481 | $226,190 | 73.2% | $15,731 | $166,147 |
| 1997 | 52 | $24,922 | $38,566 | 87.8% | 95.0% | 92.4% | 74.6% | $22,162 | $22,162 | $248,352 | 73.2% | $16,225 | $182,372 |
| 1998 | 53 | $24,922 | $39,787 | 87.8% | 95.0% | 92.4% | 74.6% | $22,864 | $22,864 | $271,216 | 73.2% | $16,734 | $199,106 |
| 1999 | 54 | $24,922 | $41,048 | 87.0% | 95.0% | 92.4% | 76.4% | $23,937 | $23,937 | $295,152 | 73.2% | $17,314 | $216,619 |
| 2000 | 55 | $24,556 | $43,034 | 87.0% | 95.0% | 92.4% | 70.3% | $23,091 | $23,091 | $318,244 | 73.1% | $16,890 | $233,509 |
| 2001 | 56 | $24,556 | $44,478 | 87.0% | 95.0% | 92.4% | 70.3% | $23,866 | $23,866 | $342,110 | 73.1% | $17,450 | $250,959 |
| 2002 | 57 | $24,556 | $45,970 | 87.0% | 95.0% | 92.4% | 72.3% | $25,389 | $25,389 | $367,478 | 73.1% | $18,542 | $269,502 |
| 2003 | 58 | $24,556 | $47,512 | 87.0% | 95.0% | 92.4% | 72.3% | $26,220 | $26,220 | $393,698 | 73.1% | $19,157 | $288,659 |
| 2004 | 59 | $24,556 | $49,106 | 87.0% | 95.0% | 92.4% | 72.3% | $27,099 | $27,099 | $420,797 | 73.0% | $19,791 | $308,450 |
| 2005 | 60 | $24,062 | $44,242 | 87.0% | 95.0% | 92.4% | 70.3% | $23,740 | $23,740 | $444,537 | 73.0% | $17,330 | $325,780 |
| 2006 | 61 | $24,062 | $45,484 | 87.0% | 95.0% | 92.4% | 72.3% | $25,100 | $25,100 | $469,637 | 73.0% | $18,314 | $344,094 |
| 2007 | 62 | $24,062 | $46,761 | 87.0% | 95.0% | 92.4% | 72.3% | $25,805 | $25,805 | $495,442 | 72.9% | $18,818 | $362,912 |
| 2008 | 63 | $24,062 | $48,073 | 87.0% | 95.0% | 92.4% | 72.3% | $26,529 | $26,529 | $521,972 | 72.9% | $19,335 | $382,247 |
| 2009 | 64 | $24,062 | $49,423 | 87.0% | 95.0% | 92.4% | 72.3% | $27,274 | $26,120 | $548,091 | 72.9% | $19,024 | $401,271 |
| 2010 | 65 | $20,467 | $50,352 | 86.0% | 95.0% | 92.4% | 74.1% | $28,146 | $25,813 | $573,905 | 72.8% | $18,786 | $420,067 |
| 2011 | 66 | $20,467 | $52,059 | 84.7% | 95.0% | 92.4% | 74.1% | $28,658 | $25,170 | $599,075 | 72.7% | $18,301 | $438,368 |
| 2012 | 67 | | | | | | | | | | | | |
| 2013 | 68 | | | | | | | | | | | | |
| 2014 | 69 | | | | | | | | | | | | |
| 2015 | 70 | | | | | | | | | | | | |
| 2016 | 71 | | | | | | | | | | | | |
| 2017 | 72 | | | | | | | | | | | | |
| 2018 | 73 | | | | | | | | | | | | |

Prepared by Jerome S. Paige, PhD and Mosey Savvy, MBA

**GLENN YARBER**

**Economic Value of Earnings Losses**

**Based on Educational Attainment Statistics**

High School

**TABLE H-2 of H-6**

**EARNINGS LOSSES**

| Year | Age | Earnings Current Year ($1983) Dollars | Earnings in After Federal Taxes | After State and Local Taxes | After Social Security Taxes | After Personal Consumption | Total Earnings Loss | Present Value of Earnings Loss | Cumulative Loss | Post LPE Present Value of Earnings Loss | Post LPE Cumulative Loss |
|------|-----|------|------|------|------|------|------|------|------|------|------|
| 2019 | 74 | | | | | | | | | | |
| 2020 | 75 | | | | | | | | | | |
| 2021 | 76 | | | | | | | | | | |
| 2022 | 77 | | | | | | | | | | |
| 2023 | 78 | | | | | | | | | | |
| 2024 | 79 | | | | | | | | | | |
| 2025 | 80 | | | | | | | | | | |
| 2026 | 81 | | | | | | | | | | |
| 2027 | 82 | | | | | | | | | | |
| 2028 | 83 | | | | | | | | | | |
| 2029 | 84 | | | | | | | | | | |
| 2030 | 85 | | | | | | | | | | |
| 2031 | 86 | | | | | | | | | | |
| 2032 | 87 | | | | | | | | | | |
| 2033 | 88 | | | | | | | | | | |
| 2034 | 89 | | | | | | | | | | |
| 2035 | 90 | | | | | | | | | | |
| 2036 | 91 | | | | | | | | | | |
| 2037 | 92 | | | | | | | | | | |
| **Totals** | | **$885,644** | **$1,093,467** | | | | **$606,049** | **$599,075** | | **$438,358** | |

**GLENN YARBER**
**Economic Value of Earnings Losses**
**Based on Educational Attainment Statistics**

High School

TABLE H-3 of H-6

**FRINGE BENEFITS LOSSES**

| Year | Age | Loss of Paid Leave | After Federal Taxes | After State and Local Taxes | After Social Security Taxes | After Personal Consumption | Current Value of Paid Leave Loss After Personal Consumption | Present Value of Paid Leave Loss After Personal Consumption | LPE | Post LPE Present Value of Paid Leave Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| 1983 | 38 | $385 | 93.3% | 95.0% | 93.3% | 65.9% | $210 | $210 | 74.6% | $156 |
| 1984 | 39 | $2,322 | 88.8% | 95.0% | 93.0% | 65.9% | $1,200 | $1,200 | 74.6% | $896 |
| 1985 | 40 | $2,558 | 88.8% | 95.0% | 93.0% | 69.7% | $1,392 | $1,392 | 74.8% | $1,041 |
| 1986 | 41 | $2,636 | 88.4% | 95.0% | 92.9% | 69.7% | $1,433 | $1,433 | 74.8% | $1,072 |
| 1987 | 42 | $2,716 | 88.4% | 95.0% | 92.9% | 69.7% | $1,476 | $1,476 | 73.9% | $1,092 |
| 1988 | 43 | $2,799 | 88.4% | 95.0% | 92.5% | 69.7% | $1,516 | $1,516 | 73.0% | $1,106 |
| 1989 | 44 | $2,864 | 88.4% | 95.0% | 92.5% | 69.7% | $1,562 | $1,562 | 72.4% | $1,130 |
| 1990 | 45 | $3,097 | 87.8% | 96.0% | 92.5% | 69.7% | $1,730 | $1,730 | 72.7% | $1,257 |
| 1991 | 46 | $3,196 | 87.8% | 95.0% | 92.4% | 72.5% | $1,785 | $1,785 | 73.1% | $1,305 |
| 1992 | 47 | $3,287 | 87.8% | 95.0% | 92.4% | 72.5% | $1,825 | $1,825 | 73.3% | $1,338 |
| 1993 | 48 | $3,333 | 87.8% | 95.0% | 92.4% | 72.5% | $1,861 | $1,861 | 73.3% | $1,364 |
| 1994 | 49 | $3,395 | 87.8% | 95.0% | 92.4% | 74.6% | $1,951 | $1,951 | 73.3% | $1,430 |
| 1995 | 50 | $3,378 | 87.8% | 95.0% | 92.4% | 74.6% | $1,941 | $1,941 | 73.3% | $1,422 |
| 1996 | 51 | $3,470 | 87.8% | 95.0% | 92.4% | 74.6% | $1,994 | $1,994 | 73.2% | $1,460 |
| 1997 | 52 | $3,536 | 87.8% | 95.0% | 92.4% | 74.6% | $2,032 | $2,032 | 73.2% | $1,488 |
| 1998 | 53 | $3,617 | 87.8% | 96.0% | 92.4% | 74.6% | $2,079 | $2,079 | 73.2% | $1,521 |
| 1999 | 54 | $3,737 | 87.0% | 95.0% | 92.4% | 76.4% | $2,179 | $2,179 | 73.2% | $1,594 |
| 2000 | 55 | $3,978 | 87.0% | 95.0% | 92.4% | 70.3% | $2,135 | $2,135 | 73.1% | $1,561 |
| 2001 | 56 | $4,179 | 87.0% | 95.0% | 92.4% | 70.3% | $2,243 | $2,243 | 73.1% | $1,640 |
| 2002 | 57 | $4,385 | 87.0% | 95.0% | 92.4% | 72.3% | $2,409 | $2,409 | 73.1% | $1,761 |
| 2003 | 58 | $4,464 | 87.0% | 95.0% | 92.4% | 72.3% | $2,464 | $2,464 | 73.1% | $1,800 |
| 2004 | 59 | $4,605 | 87.0% | 95.0% | 92.4% | 70.3% | $2,542 | $2,542 | 73.0% | $1,856 |
| 2005 | 60 | $4,212 | 87.0% | 95.0% | 92.4% | 72.3% | $2,260 | $2,260 | 73.0% | $1,650 |
| 2006 | 61 | $4,586 | 87.0% | 95.0% | 92.4% | 72.3% | $2,531 | $2,531 | 73.0% | $1,847 |
| 2007 | 62 | $4,671 | 87.0% | 95.0% | 92.4% | 72.3% | $2,578 | $2,578 | 72.9% | $1,880 |
| 2008 | 63 | $4,802 | 87.0% | 95.0% | 92.4% | 72.3% | $2,650 | $2,650 | 72.9% | $1,932 |
| 2009 | 64 | $4,937 | 87.0% | 95.0% | 92.4% | 72.3% | $2,725 | $2,609 | 72.8% | $1,900 |
| 2010 | 65 | $5,030 | 86.0% | 95.0% | 92.4% | 72.3% | $2,812 | $2,579 | 72.8% | $1,877 |
| 2011 | 66 | $5,201 | 84.7% | 95.0% | 92.4% | 74.1% | $2,863 | $2,514 | 72.7% | $1,828 |
| 2012 | 67 | | | | | | | | | |
| 2013 | 68 | | | | | | | | | |
| 2014 | 69 | | | | | | | | | |
| 2015 | 70 | | | | | | | | | |
| 2016 | 71 | | | | | | | | | |
| 2017 | 72 | | | | | | | | | |
| 2018 | 73 | | | | | | | | | |

Prepared by Jerome S. Paige, Ph.D and Mosey Savoy, MBA

**GLENN YARBER**
Economic Value of Earnings Losses
Based on Educational Attainment Statistics
High School

TABLE H-3 of H-6

FRINGE BENEFITS LOSSES

| Year | Age | Loss of Paid Leave | After Federal Taxes | After State and Local Taxes | After Social Security Taxes | After Personal Consumption | Current Value - of Paid Leave Loss After Personal Consumption | Present Value of Paid Leave Loss After Personal Consumption | Post LPE Present Value of Paid Leave Loss |
|------|-----|------|------|------|------|------|------|------|------|
| | | | | | | | | | LPE |
| 2019 | 74 | | | | | | | | |
| 2020 | 75 | | | | | | | | |
| 2021 | 76 | | | | | | | | |
| 2022 | 77 | | | | | | | | |
| 2023 | 78 | | | | | | | | |
| 2024 | 79 | | | | | | | | |
| 2025 | 80 | | | | | | | | |
| 2026 | 81 | | | | | | | | |
| 2027 | 82 | | | | | | | | |
| 2028 | 83 | | | | | | | | |
| 2029 | 84 | | | | | | | | |
| 2030 | 85 | | | | | | | | |
| 2031 | 86 | | | | | | | | |
| 2032 | 87 | | | | | | | | |
| 2033 | 88 | | | | | | | | |
| 2034 | 89 | | | | | | | | |
| 2035 | 90 | | | | | | | | |
| 2036 | 91 | | | | | | | | |
| 2037 | 92 | | | | | | | | |
| **Totals** | | **$105,357** | | | **$58,374** | | **$57,677** | | **$42,203** |

**GLENN YARBER**
Economic Value of Earnings Losses
Based on Educational Attainment Statistics

High School

TABLE H.4 of H.6
SUPPLEMENTAL PAY LOSSES

| Year | Age | Supplemental Pay | After Federal Taxes | After State and Local Taxes | After Social Security Taxes | After Personal Consumption | Current Value of Supplemental Pay Loss After Personal Consumption | Present Value of Supplemental Pay Loss After Personal Consumption | LPE | Post LPE Present Value of Supplemental Pay Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| 1983 | 38 | $109 | 93.3% | 95.0% | 93.3% | 65.9% | $64 | $64 | 74.6% | $48 |
| 1984 | 39 | $660 | 88.8% | 95.0% | 93.0% | 65.9% | $385 | $385 | 74.6% | $287 |
| 1985 | 40 | $728 | 88.4% | 95.0% | 93.0% | 69.7% | $448 | $448 | 74.8% | $335 |
| 1986 | 41 | $750 | 88.4% | 95.0% | 92.9% | 69.7% | $461 | $461 | 74.8% | $345 |
| 1987 | 42 | $773 | 88.4% | 95.0% | 92.9% | 69.7% | $475 | $475 | 73.9% | $351 |
| 1988 | 43 | $796 | 88.4% | 95.0% | 92.5% | 69.7% | $488 | $488 | 73.0% | $356 |
| 1989 | 44 | $820 | 88.4% | 95.0% | 92.5% | 69.7% | $502 | $502 | 72.4% | $364 |
| 1990 | 45 | $881 | 87.8% | 95.0% | 92.5% | 72.5% | $560 | $560 | 72.7% | $407 |
| 1991 | 46 | $909 | 87.8% | 95.0% | 92.4% | 72.5% | $578 | $578 | 73.1% | $423 |
| 1992 | 47 | $980 | 87.8% | 95.0% | 92.4% | 72.5% | $623 | $623 | 73.3% | $457 |
| 1993 | 48 | $1,065 | 87.8% | 95.0% | 92.4% | 72.5% | $678 | $678 | 73.3% | $497 |
| 1994 | 49 | $1,104 | 87.8% | 95.0% | 92.4% | 74.6% | $723 | $723 | 73.3% | $529 |
| 1995 | 50 | $1,200 | 87.8% | 95.0% | 92.4% | 74.6% | $786 | $786 | 73.3% | $575 |
| 1996 | 51 | $1,259 | 87.8% | 95.0% | 92.4% | 74.6% | $824 | $824 | 73.2% | $603 |
| 1997 | 52 | $1,309 | 87.8% | 95.0% | 92.4% | 74.6% | $857 | $857 | 73.2% | $627 |
| 1998 | 53 | $1,311 | 87.8% | 95.0% | 92.4% | 74.6% | $866 | $866 | 73.2% | $626 |
| 1999 | 54 | $1,308 | 87.0% | 95.0% | 92.4% | 74.4% | $878 | $878 | 73.2% | $643 |
| 2000 | 55 | $1,317 | 87.0% | 95.0% | 92.4% | 70.3% | $812 | $812 | 73.1% | $594 |
| 2001 | 56 | $1,301 | 87.0% | 95.0% | 92.4% | 70.3% | $802 | $802 | 73.1% | $587 |
| 2002 | 57 | $1,309 | 87.0% | 95.0% | 92.4% | 70.3% | $807 | $807 | 73.1% | $587 |
| 2003 | 58 | $1,509 | 87.0% | 95.0% | 92.4% | 72.3% | $957 | $957 | 73.1% | $700 |
| 2004 | 59 | $1,636 | 87.0% | 95.0% | 92.4% | 70.3% | $969 | $969 | 73.0% | $707 |
| 2005 | 60 | $1,571 | 87.0% | 95.0% | 92.4% | 72.3% | $1,035 | $1,035 | 73.0% | $755 |
| 2006 | 61 | $1,631 | 87.0% | 95.0% | 92.4% | 72.3% | $1,088 | $1,088 | 73.0% | $794 |
| 2007 | 62 | $1,716 | 87.0% | 95.0% | 92.4% | 72.3% | $1,088 | $1,088 | 73.1% | $740 |
| 2008 | 63 | $1,764 | 87.0% | 95.0% | 92.4% | 72.3% | $1,119 | $1,119 | 72.9% | $816 |
| 2009 | 64 | $1,814 | 87.0% | 95.0% | 92.4% | 72.3% | $1,150 | $1,102 | 72.8% | $802 |
| 2010 | 65 | $1,848 | 86.0% | 95.0% | 92.4% | 74.1% | $1,201 | $1,102 | 72.8% | $802 |
| 2011 | 66 | $1,910 | 84.7% | 95.0% | 92.4% | 74.1% | $1,242 | $1,091 | 72.7% | $793 |
| 2012 | 67 | | | | | | | | | |
| 2013 | 68 | | | | | | | | | |
| 2014 | 69 | | | | | | | | | |
| 2015 | 70 | | | | | | | | | |
| 2016 | 71 | | | | | | | | | |
| 2017 | 72 | | | | | | | | | |
| 2018 | 73 | | | | | | | | | |

**GLENN YARBER**
Economic Value of Earnings Losses
Based on Educational Attainment Statistics
High School

TABLE H-4 of H-6

SUPPLEMENTAL PAY LOSSES

| Year | Age | Supplemental Pay | After Federal Taxes | After State and Local Taxes | After Social Security Taxes | After Personal Consumption | Current Value of Supplemental Pay Loss After Personal Consumption | Present Value of Supplemental Pay Loss After Personal Consumption | Post LPE Present Value of Supplemental Pay Loss |
|------|-----|------------------|--------------------|----------------------------|----------------------------|----------------------------|-----------------|-----------------|-----------------|
| | | | | | | | | | LPE |
| 2019 | 74 | | | | | | | | |
| 2020 | 75 | | | | | | | | |
| 2021 | 76 | | | | | | | | |
| 2022 | 77 | | | | | | | | |
| 2023 | 78 | | | | | | | | |
| 2024 | 79 | | | | | | | | |
| 2025 | 80 | | | | | | | | |
| 2026 | 81 | | | | | | | | |
| 2027 | 82 | | | | | | | | |
| 2028 | 83 | | | | | | | | |
| 2029 | 84 | | | | | | | | |
| 2030 | 85 | | | | | | | | |
| 2031 | 86 | | | | | | | | |
| 2032 | 87 | | | | | | | | |
| 2033 | 88 | | | | | | | | |
| 2034 | 89 | | | | | | | | |
| 2035 | 90 | | | | | | | | |
| 2036 | 91 | | | | | | | | |
| 2037 | 92 | | | | | | | | |
| Totals | | $35,577 | | | | | $22,612 | $22,313 | $16,321 |

**GLENN YARBER**
Economic Value of Earnings Losses
Based on Educational Attainment Statistics
High School

**TABLE H-5 of H-6**
**RETIREMENT INCOME LOSSES**

| Year | Age | Retirement Income (Base) | Retirement Income (Current) | After Federal Taxes | After State and Local Taxes | After Personal Consumption | Current Value of Retirement Income Losses After Personal Consumption | Present Value of Retirement Income Losses After Personal Consumption | Probability of Being Alive | Present Value of Retirement Income Losses Given Probability of Life |
|---|---|---|---|---|---|---|---|---|---|---|
| 1983 | 38 | | | | | | | | | |
| 1984 | 39 | | | | | | | | | |
| 1985 | 40 | | | | | | | | | |
| 1986 | 41 | | | | | | | | | |
| 1987 | 42 | | | | | | | | | |
| 1988 | 43 | | | | | | | | | |
| 1989 | 44 | | | | | | | | | |
| 1990 | 45 | | | | | | | | | |
| 1991 | 46 | | | | | | | | | |
| 1992 | 47 | | | | | | | | | |
| 1993 | 48 | | | | | | | | | |
| 1994 | 49 | | | | | | | | | |
| 1995 | 50 | | | | | | | | | |
| 1996 | 51 | | | | | | | | | |
| 1997 | 52 | | | | | | | | | |
| 1998 | 53 | | | | | | | | | |
| 1999 | 54 | | | | | | | | | |
| 2000 | 55 | | | | | | | | | |
| 2001 | 56 | | | | | | | | | |
| 2002 | 57 | | | | | | | | | |
| 2003 | 58 | | | | | | | | | |
| 2004 | 59 | | | | | | | | | |
| 2005 | 60 | | | | | | | | | |
| 2006 | 61 | | | | | | | | | |
| 2007 | 62 | | | | | | | | | |
| 2008 | 63 | | | | | | | | | |
| 2009 | 64 | | | | | | | | | |
| 2010 | 65 | | | | | | | | | |
| 2011 | 66 | | | | | | | | | |
| 2012 | 67 | $15,393 | $15,393 | 90.4% | 95.0% | 64.5% | $8,528 | $7,173 | 98.9% | $7,091 |
| 2013 | 68 | $15,393 | $16,009 | 90.4% | 95.0% | 64.5% | $8,869 | $7,146 | 98.7% | $7,054 |
| 2014 | 69 | $15,393 | $16,633 | 90.4% | 95.0% | 67.7% | $9,673 | $7,462 | 98.6% | $7,358 |
| 2015 | 70 | $15,393 | $17,282 | 90.1% | 95.0% | 67.7% | $10,013 | $7,397 | 98.5% | $7,285 |
| 2016 | 71 | $15,393 | $17,956 | 90.1% | 95.0% | 67.7% | $10,403 | $7,360 | 98.4% | $7,239 |
| 2017 | 72 | $15,393 | $18,656 | 90.1% | 95.0% | 70.3% | $11,224 | $7,605 | 98.2% | $7,470 |
| 2018 | 73 | $15,393 | $19,383 | 89.4% | 95.0% | 70.3% | $11,572 | $7,509 | 98.1% | $7,363 |

**GLENN YARBER**
**Economic Value of Earnings Losses**
**Based on Educational Attainment Statistics**
**High School**

**TABLE H-5 of H-6**
**RETIREMENT INCOME LOSSES**

| Year | Age | Retirement Income (Base) | Retirement Income (Current) | After Federal Taxes | After State and Local Taxes | After Personal Consumption | Current Value of Retirement Income Losses After Personal Consumption | Present Value of Retirement Income Losses After Personal Consumption | Probability of Being Alive | Present Value of Retirement Income Losses Given Probability of Life |
|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | 74 | $3,848 | $5,035 | 92.7% | 95.0% | 54.5% | $2,417 | $1,502 | 97.9% | $1,470 |
| 2020 | 75 | | | | | | | | | |
| 2021 | 76 | | | | | | | | | |
| 2022 | 77 | | | | | | | | | |
| 2023 | 78 | | | | | | | | | |
| 2024 | 79 | | | | | | | | | |
| 2025 | 80 | | | | | | | | | |
| 2026 | 81 | | | | | | | | | |
| 2027 | 82 | | | | | | | | | |
| 2028 | 83 | | | | | | | | | |
| 2029 | 84 | | | | | | | | | |
| 2030 | 85 | | | | | | | | | |
| 2031 | 86 | | | | | | | | | |
| 2032 | 87 | | | | | | | | | |
| 2033 | 88 | | | | | | | | | |
| 2034 | 89 | | | | | | | | | |
| 2035 | 90 | | | | | | | | | |
| 2036 | 91 | | | | | | | | | |
| 2037 | 92 | | | | | | | | | |
| Totals | | $111,598 | $126,345 | | | | $72,699 | $53,153 | | $52,330 |

**GLENN YARBER**
**Economic Value of Earnings Losses**
**Based on Educational Attainment Statistics**
**High School**

**TABLE H-6 of H-6**
**SOCIAL SECURITY LOSSES**

| Year | Age | Social Security Income (Base) | Social Security Income (Current) | After Federal Income Taxes | After State and Local Taxes | After Personal Consumption | Current Value of Social Security Income After Personal Consumption | Present Value of Social Security Income After Personal Consumption | Probability of Being Alive | Present Value of Social Security Income Losses Given Probability of Life |
|---|---|---|---|---|---|---|---|---|---|---|
| 1983 | 38 | | | | | | | | | |
| 1984 | 39 | | | | | | | | | |
| 1985 | 40 | | | | | | | | | |
| 1986 | 41 | | | | | | | | | |
| 1987 | 42 | | | | | | | | | |
| 1988 | 43 | | | | | | | | | |
| 1989 | 44 | | | | | | | | | |
| 1990 | 45 | | | | | | | | | |
| 1991 | 46 | | | | | | | | | |
| 1992 | 47 | | | | | | | | | |
| 1993 | 48 | | | | | | | | | |
| 1994 | 49 | | | | | | | | | |
| 1995 | 50 | | | | | | | | | |
| 1996 | 51 | | | | | | | | | |
| 1997 | 52 | | | | | | | | | |
| 1998 | 53 | | | | | | | | | |
| 1999 | 54 | | | | | | | | | |
| 2000 | 55 | | | | | | | | | |
| 2001 | 56 | | | | | | | | | |
| 2002 | 57 | | | | | | | | | |
| 2003 | 58 | | | | | | | | | |
| 2004 | 59 | | | | | | | | | |
| 2005 | 60 | | | | | | | | | |
| 2006 | 61 | | | | | | | | | |
| 2007 | 62 | | | | | | | | | |
| 2008 | 63 | | | | | | | | | |
| 2009 | 64 | | | | | | | | | |
| 2010 | 65 | | | | | | | | | |
| 2011 | 66 | | | | | | | | | |
| 2012 | 67 | $18,060 | $18,060 | 90.4% | 95.0% | 64.5% | $10,006 | $8,416 | 98.9% | $8,320 |
| 2013 | 68 | $18,060 | $18,782 | 90.4% | 95.0% | 64.5% | $10,406 | $8,383 | 98.7% | $8,276 |
| 2014 | 69 | $18,060 | $19,515 | 90.4% | 95.0% | 67.7% | $11,349 | $8,755 | 98.6% | $8,633 |
| 2015 | 70 | $18,060 | $20,276 | 90.1% | 95.0% | 67.7% | $11,748 | $8,679 | 98.5% | $8,547 |
| 2016 | 71 | $18,060 | $21,067 | 90.1% | 95.0% | 67.7% | $12,206 | $8,636 | 98.4% | $8,494 |
| 2017 | 72 | $18,060 | $21,888 | 90.1% | 95.0% | 70.3% | $13,169 | $8,923 | 98.2% | $8,764 |
| 2018 | 73 | $18,060 | $22,742 | 89.4% | 95.0% | 70.3% | $13,577 | $8,810 | 98.1% | $8,639 |

**GLENN YARBER**
Economic Value of Earnings Losses
Based on Educational Attainment Statistics
High School

TABLE I-6 of H-6
SOCIAL SECURITY LOSSES

| Year | Age | Social Security Income (Base) | Social Security Income (Current) | After Federal Taxes 92.7% | After State and Local Taxes 95.0% | After Personal Consumption 54.5% | Current Value of Social Security Income After Personal Consumption | Present Value of Social Security Income After Personal Consumption | Probability of Being Alive | Present Value of Social Security Income Losses Given Probability of Life |
|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | 74 | $4,515 | $5,907 | 92.7% | 95.0% | 54.5% | $2,836 | $1,763 | 97.9% | $1,725 |
| 2020 | 75 | | | | | | | | | |
| 2021 | 76 | | | | | | | | | |
| 2022 | 77 | | | | | | | | | |
| 2023 | 78 | | | | | | | | | |
| 2024 | 79 | | | | | | | | | |
| 2025 | 80 | | | | | | | | | |
| 2026 | 81 | | | | | | | | | |
| 2027 | 82 | | | | | | | | | |
| 2028 | 83 | | | | | | | | | |
| 2029 | 84 | | | | | | | | | |
| 2030 | 85 | | | | | | | | | |
| 2031 | 86 | | | | | | | | | |
| 2032 | 87 | | | | | | | | | |
| 2033 | 88 | | | | | | | | | |
| 2034 | 89 | | | | | | | | | |
| 2035 | 90 | | | | | | | | | |
| 2036 | 91 | | | | | | | | | |
| 2037 | 92 | | | | | | | | | |
| Totals | | $130,935 | $148,238 | | | | $85,296 | $62,363 | | $61,397 |