UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TERANCE J. VALORE, et al., | ) | |
| | ) | Consolidated Actions: |
| Plaintiffs, | ) | 03-cv-1959 (RCL) |
| | ) | 06-cv-516 (RCL) |
| v. | ) | 06-cv-750 (RCL) |
| | ) | 08-cv-1273 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER AND JUDGMENT**

In accordance with the Memorandum Opinion issued this date, it is hereby ORDERED that final judgment is entered in favor of plaintiffs and against defendants, jointly and severally, in the amount $1,290,291,092.00, of which $290,291,092.00 shall be awarded as compensatory damages and $1,000,000,000.00 shall be awarded as punitive damages.

It is hereby furthered ORDERED that:

(1)      all claims brought in *Valore* by Floyd Carpenter and Leonora Pontillo are DISMISSED without prejudice for want of prosecution;

(2)      claims brought as survival actions in *Valore* by Estate of David L. Battle, Estate Of Matilde Hernandez, Jr., Estate of John Muffler, Estate of John Jay Tishmack, Estate of Leonard Warren Walker, Estate of Walter Emerson Wint, Jr., and Estate of James Yarber; in *Arnold* by Estate of Moses Arnold, Jr.; and in *Spencer* by Estate of James Silvia are DISMISSED with prejudice;

(3)      claims brought for intentional infliction of emotional distress of beneficiaries in *Valore* by Estate of David L. Battle, Estate of Matilde Hernandez, Jr., Estate of John Muffler, Estate of John Jay Tishmack, Estate of Leonard Warren Walker, Estate of Walter Emerson Wint,

Jr., and the Estate of James Yarber; and in *Arnold* by the Estate of Moses Arnold, Jr., are DISMISSED with prejudice; and

(4) all claims brought in *Bonk* by Danielle DiGiovanni, Lisa DiGiovanni, and Robert DiGiovanni are DISMISSED with prejudice for lack of standing.

It is hereby further ORDERED remaining plaintiffs are awarded compensatory damages in the amount of $290,291,092.00 as follows:

(1) plaintiffs who survived the attack and brought claims of assault, battery, and intentional infliction of emotional distress under the FSIA-created cause of action are awarded damages for pain and suffering as follows:

(a) plaintiffs from *Valore*:

| *Plaintiff* | *Compensatory Damages* |
|---|---|
| Pedro Alvarado, Jr. | $5,000,000.00 |
| Dennis Jack Anderson | $5,000,000.00 |
| Timothy Brooks | $5,000,000.00 |
| Michael Harris | $5,000,000.00 |
| Donald R. Pontillo | $1,500,000.00 |
| John E. Selbe | $5,000,000.00 |
| Willy G. Thompson | $5,000,000.00 |
| Terance J. Valore | $7,500,000.00 |

and

(b) plaintiffs from *Arnold*:

| *Plaintiff* | *Compensatory Damages* |
|---|---|
| Neale Scott Bolen | $5,000,000.00 |

(2) plaintiffs who survived the attack and brought claims of assault, battery, and intentional infliction of emotional distress under the FSIA-created cause of action and sought damages for economic loss, all in *Valore*, are awarded damages for economic loss as follows:

| *Plaintiff* | *Compensatory Damages* |
|---|---|
| Pedro Alvarado, Jr. | $2,036,459.00 |
| Terance J. Valore | $1,826,493.00 |

(3) plaintiffs that are estates that brought wrongful-death claims under the FSIA-created cause of action, or whose claims have been construed under such cause of action, are awarded compensatory damages as follows:

(a) plaintiffs from *Valore*:

| Plaintiff | Compensatory Damages |
|---|---|
| Estate of David L. Battle | $989,538.00 |
| Estate Of Matilde Hernandez, Jr. | $1,491,850.00 |
| Estate of John Muffler | $770,283.00 |
| Estate of John Jay Tishmack | $778,778.00 |
| Estate of Leonard Warren Walker | $741,275.00 |
| Estate of Walter Emerson Wint, Jr. | $1,332,617.00 |
| Estate of James Yarber | $1,046,775.00 |

(b) plaintiffs from *Arnold*:

| Plaintiff | Compensatory Damages |
|---|---|
| Estate of Moses Arnold, Jr. | $1,273,602.00 |

and

(c) plaintiffs from *Spencer*:

| Plaintiff | Compensatory Damages |
|---|---|
| Estate of James Silvia | $1,440,922.00 |

and

(4) plaintiffs who are family members of victims of the attack and brought claims of intentional infliction of emotional distress under the FSIA-created cause of action are awarded compensatory damages as follows:

(a) plaintiffs from *Valore*:

| *Plaintiff* | *Relative* | *Relationship to Relative* [1] | *Compensatory Damages* |
|---|---|---|---|
| Angel Alvarado | Pedro Alvarado, Jr. | Sibling | $1,250,000.00 |
| Geraldo Alvarado | Pedro Alvarado, Jr. | Sibling | $1,250,000.00 |
| Grisselle Alvarado | Pedro Alvarado, Jr. | Sibling | $1,250,000.00 |
| Luis Alvarado | Pedro Alvarado, Jr. | Sibling | $1,250,000.00 |
| Luisa Alvarado | Pedro Alvarado, Jr. | Sibling | $1,562,500.00 |
| Maria Alvarado | Pedro Alvarado, Jr. | Sibling | $1,250,000.00 |
| Marta Alvarado | Pedro Alvarado, Jr. | Sibling | $1,250,000.00 |
| Minerva Alvarado | Pedro Alvarado, Jr. | Sibling | $1,250,000.00 |
| Yolanda Alvarado | Pedro Alvarado, Jr. | Sibling | $1,250,000.00 |
| Zoraida Alvarado | Pedro Alvarado, Jr. | Sibling | $1,250,000.00 |
| Andres Alvarado Tull | Pedro Alvarado, Jr. | Sibling | $1,250,000.00 |
| Cheryl Bass | Willy G. Thompson | Sibling | $1,250,000.00 |
| Edward J. Brooks | Timothy Brooks | Parent | $2,500,000.00 |
| Patricia A. Brooks | Timothy Brooks | Parent | $2,500,000.00 |
| Wanda Ford | Willy G. Thompson | Sibling | $1,250,000.00 |
| Bennie Harris | Michael Harris | Parent | $2,500,000.00 |
| Rose Harris | Michael Harris | Parent | $2,500,000.00 |
| Marcy Lynn Parson | Terance J. Valore | Sibling | $1,250,000.00 |
| Douglas Pontillo | Donald R. Pontillo | Sibling | $1,250,000.00 |
| Don Selbe | John E. Selbe | Sibling | $1,250,000.00 |
| Eloise F. Selbe | John E. Selbe | Parent | $2,500,000.00 |
| James Selbe | John E. Selbe | Sibling | $1,250,000.00 |
| Belinda Skarka | John E. Selbe | Sibling | $1,250,000.00 |
| Allison Thompson | Willy G. Thompson | Spouse | $4,000,000.00 |
| Isaline Thompson | Willy G. Thompson | Parent | $2,500,000.00 |
| Johnny Thompson | Willy G. Thompson | Sibling | $625,000.00 |
| Deborah True | Donald R. Pontillo | Sibling | $1,250,000.00 |
| Janice Valore | Terance J. Valore | Parent | $2,500,000.00 |
| Orlando M. Valore, Jr. | Terance J. Valore | Sibling | $1,250,000.00 |
| Orlando Michael Valore, Sr. | Terance J. Valore | Parent | $2,500,000.00 |

(b)   plaintiffs from *Arnold*:

| *Plaintiff* | *Relative* | *Relationship to Relative* | *Compensatory Damages* |
|---|---|---|---|
| Lolita M. Arnold | Moses Arnold, Jr. | Spouse | $4,000,000.00 |
| Lisa Ann Beck | Neale Scott Bolen | Sibling | $1,250,000.00 |

---

[1] This column and similar columns in the tables below use the following umbrella terms: "Parent" means fathers, mothers, adoptive fathers and mothers, and non-adoptive stepfathers and stepmothers who are the functional equivalents of fathers and mothers, respectively. "Sibling" means brothers, sisters, half-brothers, half-sisters, and step-brothers and step-sisters who are the functional equivalents of brothers and sisters, respectively.

| Betty J. Bolen | Neale Scott Bolen | Parent | $2,500,000.00 |
| Keith Edwin Bolen | Neale Scott Bolen | Sibling | $1,250,000.00 |
| Sheldon H. Bolen | Neale Scott Bolen | Parent | $2,500,000.00 |
| Sharla M. Korz | Neale Scott Bolen | Sibling | $1,250,000.00 |

  (c) plaintiffs from *Spencer*:

| *Plaintiff* | *Relative* | *Relationship to Relative* | *Compensatory Damages* |
|---|---|---|---|
| Lynne Michol Spencer | James Silvia | Brother | $3,125,000.00 |
|  | Stephen Eugene Spencer | Spouse | $8,000,000.00 |

 and

  (d) plaintiffs from *Bonk*:

| *Plaintiff* | *Relative* | *Relationship to Relative* | *Compensatory Damages* |
|---|---|---|---|
| Catherine Bonk | John J. Bonk | Parent | $5,000,000.00 |
| Kevin Bonk | John J. Bonk | Sibling | $2,500,000.00 |
| Thomas Bonk | John J. Bonk | Sibling | $2,500,000.00 |
| John Bonk, Sr. | John J. Bonk | Parent | $5,000,000.00 |
| Marion DiGiovanni | Luis J. Rotondo | Sibling | $2,500,000.00 |
| Sherry Lynn Fiedler | Larry H. Simpson, Jr. | Sibling | $2,500,000.00 |
| Marilou Fluegel | Richard Andrew Fluegel | Parent | $5,000,000.00 |
| Robert Fluegel | Richard Andrew Fluegel | Sibling | $2,500,000.00 |
| Thomas A. Fluegel | Richard Andrew Fluegel | Parent | $5,000,000.00 |
| Evans Hairston | Thomas Hairston | Sibling | $1,250,000.00 |
| Felicia Hairston | Thomas Hairston | Sibling | $2,500,000.00 |
| Julia Bell Hairston | Thomas Hairston | Parent | $5,000,000.00 |
| Henry Durban Hukill | Maurice Edward Hukill | Parent | $5,000,000.00 |
| Mark Andrew Hukill | Maurice Edward Hukill | Sibling | $2,500,000.00 |
| Matthew Scott Hukill | Maurice Edward Hukill | Sibling | $2,500,000.00 |
| Melissa Hukill | Maurice Edward Hukill | Sibling | $2,500,000.00 |
| Meredith Ann Hukill | Maurice Edward Hukill | Sibling | $2,500,000.00 |
| Mitchell Charles Hukill | Maurice Edward Hukill | Sibling | $2,500,000.00 |
| Monte Hukill | Maurice Edward Hukill | Sibling | $2,500,000.00 |
| Virginia Ellen Hukill | Maurice Edward Hukill | Parent | $5,000,000.00 |
| Catherine Bonk Hunt | John J. Bonk | Sibling | $2,500,000.00 |
| Storm Jones | James E. McDonough | Sibling | $2,500,000.00 |
| Penni Joyce | Richard Andrew Fluegel | Sibling | $2,500,000.00 |
| Jeff Kirkwood | James E. McDonough | Sibling | $2,500,000.00 |
| Shirley Kirkwood | James E. McDonough | Parent | $5,000,000.00 |
| Carl Arnold Kirkwood, Jr. | James E. McDonough | Sibling | $2,500,000.00 |
| Carl Kirkwood, Sr. | James E. McDonough | Parent | $5,000,000.00 |

| Patricia Kronenbitter | John J. Bonk | Sibling | $2,500,000.00 |
| Bill Laise | Keith Laise | Parent | $5,000,000.00 |
| Betty Laise | Keith Laise | Parent | $5,000,000.00 |
| Kris Laise | Keith Laise | Sibling | $2,500,000.00 |
| Bill Macroglou | John Macroglou | Parent | $5,000,000.00 |
| James Macroglou | John Macroglou | Sibling | $2,500,000.00 |
| Lorraine Macroglou | John Macroglou | Parent | $5,000,000.00 |
| Kathy McDonald | James E. McDonough | Sibling | $2,500,000.00 |
| Edward Joseph McDonough | James E. McDonough | Sibling | $2,500,000.00 |
| Edward W. McDonough | James E. McDonough | Sibling | $2,500,000.00 |
| Sean McDonough | James E. McDonough | Sibling | $2,500,000.00 |
| Deborah Spencer Rhosto | Stephen Eugene Spencer | Sibling | $2,500,000.00 |
| Estate of Luis Rotondo | Luis J. Rotondo | Parent | $5,000,000.00 |
| Estate of Rose Rotondo | Luis J. Rotondo | Parent | $5,000,000.00 |
| Estate of Phyllis Santoserre | Luis J. Rotondo | Sibling | $2,500,000.00 |
| Anna Marie Simpson | Larry H. Simpson, Jr. | Parent | $5,000,000.00 |
| Renee Eileen Simpson | Larry H. Simpson, Jr. | Sibling | $2,500,000.00 |
| Robert Simpson | Larry H. Simpson, Jr. | Sibling | $2,500,000.00 |
| Larry H. Simpson, Sr. | Larry H. Simpson, Jr. | Parent | $5,000,000.00 |
| Sally Jo Wirick | James E. McDonough | Sibling | $2,500,000.00 |

It is hereby further ORDERED that

(1)  all plaintiffs receiving awards herein are together awarded punitive damages in the amount of $1,000,000,000.00, to be apportioned among plaintiffs in proportion to their respective damages awards; and

(2)  if and when any recovery of punitive damages is made, if such recovery is less than the full amount awarded above, moneys recovered shall be apportioned immediately upon their receipt among plaintiffs in proportion to their respective damages awards.

It is hereby further ORDERED that the following plaintiffs shall provide, within 60 days of this date, evidence satisfactory to the Court that they meet the eligibility criteria of 28 U.S.C. § 1605A(c), else  judgment herein shall be vacated as to any plaintiff failing provide such evidence: from *Valore*, Angel Alvarado, Geraldo Alvarado, Grisselle Alvarado, Luis Alvarado, Luisa Alvarado, Maria Alvarado, Marta Alvarado, Minerva Alvarado, Yolanda Alvarado, Zoraida Alvarado, Andres Alvarado Tull, Cheryl Bass, Edward J. Brooks, Patricia A. Brooks,

6

Wanda Ford, Marcy Lynn Parson, Douglas Pontillo, Eloise F. Selbe, Don Selbe, James Selbe, Belinda Skarka, Deborah True, Janice Valore, Orlando M. Valore, Jr., and Orlando Michael Valore, Sr.; from *Arnold*, Lolita M. Arnold, Lisa Ann Beck, Betty J. Bolen, Keith Edwin Bolen, Sheldon H. Bolen, and Sharla M. Korz; and from *Bonk*, Catherine Bonk, Kevin Bonk, Thomas Bonk, John Bonk, Sr., Marion DiGiovanni, Sherry Lynn Fiedler, Marilou Fluegel, Robert Fluegel, Thomas A. Fluegel, Evans Hairston, Felicia Hairston, Julia Bell Hairston, Henry Durban Hukill, Mark Andrew Hukill, Matthew Scott Hukill, Melissa Hukill, Meredith Ann Hukill, Mitchell Charles Hukill, Monte Hukill, Virginia Ellen Hukill, Catherine Bonk Hunt, Storm Jones, Penni Joyce, Jeff Kirkwood, Shirley Kirkwood, Carl Arnold Kirkwood, Jr., Carl Kirkwood, Sr., Patricia Kronenbitter, Betty Laise, Bill Laise, Kris Laise, Bill Macroglou, James Macroglou, Lorraine Macroglou, Kathy McDonald, Edward Joseph McDonough, Edward W. McDonough, Sean McDonough, Deborah Spencer Rhosto, Estate of Luis Rotondo, Estate of Rose Rotondo, Estate of Phyllis Santoserre, Anna Marie Simpson, Renee Eileen Simpson, Robert Simpson, Larry H. Simpson, Sr., and Sally Jo Wirick.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on March 31, 2010.