# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TERRANCE J. VALORE, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 03-cv-1959 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER CONCERNING SPECIAL MASTER PAYMENT

The Court has entered final judgment in this case. *Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52 (D.D.C. 2010). Paul G. Griffin served as a special master and may be entitled to compensation under 28 U.S.C. § 1605A(e)(2). Accordingly, it is hereby ORDERED that—

(1) within 14 days of this order, Mr. Griffin shall provide plaintiffs with vouchers itemizing, for each day of work, the amount of time worked, the nature of the work done, the amount of any business or travel expenses incurred, and a calculation of total payment sought; and

(2) within 14 days of receipt of any such voucher, plaintiffs shall file a motion with the Court seeking the Court's order for payment of Mr. Griffin per § 1605A(e)(2).

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on October 4, 2010.